**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **900 Cesar Chavez, LLC,** | § | Case No. 19-11527-tmd |
| | § | |
| **905 Cesar Chavez, LLC,** | § | Case No. 19-11528-tmd |
| | § | |
| **5th and Red River, LLC,** | § | Case No. 19-11529-tmd |
| | § | |
| **7400 South Congress, LLC,** | § | Case No. 19-11530-tmd |
| | § | |
| **Debtors.** | § | (*Jointly Administered Under* |
| | § | *Case No. 19-11527-tmd*) |

**INDEX OF EXHIBITS
IN CONNECTION WITH MOTION OF ATX LENDER 5, LLC FOR RELIEF FROM
THE AUTOMATIC STAY FOR CAUSE UNDER 11 U.S.C. § 362(d)(1) WITH RESPECT
TO NON-RESIDENTIAL REAL PROPERTY [WITH WAIVER OF
<u>30-DAY HEARING REQUIREMENT UNDER 11 U.S.C. § 362(e)</u>]**

| Exhibits | DESCRIPTION | PAGE |
|---|---|---|
| 1 | *$22,932,250 Promissory Note*, dated September 21, 2018, in favor of U.S. Real Estate Credit Holdings III-A, LP ("<u>Original Lender</u>") | 3, 13 |
| 2 | *Loan Agreement*, dated September 21, 2018, between the Original Lender and the Debtors | 3, 5, 12 |
| 3 | *Borrower's Statement*, dated September 21, 2018, between the Original Lender and the Debtors | 3 |
| 4 | *Deed of Trust, Security Agreement, and Financing Statement*, dated September 21, 2018, in favor of the Original Lender | 4 |
| 5 | *Assignment of Leases and Rents,* dated September 21, 2018, in favor of the Original Lender | 4 |
| 6 | *Assignment and Assumption of Loan Interest,* dated December 13, 2018 between the Original Lender and U.S. Real Estate Credit Holdings III, LP ("<u>Original Lender Affiliate</u>") | 4-5 |
| 7 | *Allonge*, dated September 24, 2019, in favor of Original Lender Affiliate | 5 |
| 8 | *Assignment of Deed of Trust, Security Agreement and Financing Statement,* dated December 13, 2018, between Original Lender and Original Lender Affiliate | 5 |
| 9 | *Assignment of Assignment of Leases and Rents,* dated December 13, 2018, between Original Lender and Original Lender Affiliate | 5 |
| 10 | *Declaration of John A. Kiltz in Support of Motion of ATX Lender 5, LLC for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) With Respect to Non-Residential Real Property [With Waiver of 30-Day Hearing Requirement Under 11 U.S.C. § 362(e)]* dated November 15, 2019 | 5, 6, 7, 8, 12, 13 |

-2-

| Exhibits | DESCRIPTION | PAGE |
|---|---|---|
| 11 | *September 23, 2019* email from Mr. Nate Paul | 6 |
| 12 | *Loan Purchase and Sale Agreement*, dated September 20, 2019, between the Original Lender Affiliate and ATX Lender 5, LLC ("ATX") | 6 |
| 13 | *Assignment and Assumption Agreement*, dated September 24, 2019, between the Original Lender Affiliate and ATX | 6 |
| 14 | *Allonge*, dated September 21, 2018, in favor of ATX | 6 |
| 15 | *Assignment of Mortgage/Deed of Trust and Assignment of Leases and Rents,* dated September 24, 2019, between Original Lender Affiliate and ATX | 6 |
| 16 | *Notice of Substitute Trustee's Sale on November 5, 2019,* dated October 10, 2019 | 7, 15 |
| 17 | *Order Denying Temporary Restraining Order*, dated November 1, 2019, in the case styled *900 Cesar Chavez, LLC, 905 Cesar Chavez, LLC, 5th and Red River, LLC, and 7400 South Congress, LLC v. ATX Lender 5, LLC*, Cause No. D-1-GN-19-007562 | 7 |
| 18 | *Chapter 11 Petitions* for 900 Cesar Chavez, LLC, 905 Cesar Chavez, LLC, 5th and Red River, LLC, and 7400 South Congress dated November 4, 2019 | 14 |