Heritage Title Company of Austin, Inc.
401 Congress Avenue, Suite 1500
Austin, TX 78701
Phone: (512) 505-5000

## BORROWER'S STATEMENT

Date: September 21, 2018     GFNo: 201801091A

**Loan From:** U.S. Real Estate Credit Holdings III-A, LP     **To:** 905 Cesar Chavez, LLC, a Delaware limited liability company

5th and Red River, LLC, a Delaware limited liability company

7400 South Congress, LLC, a Delaware limited liability company

900 Cesar Chavez, LLC, a Delaware limited liability company

**Property:** 905 & 907 East Cesar Chavez Street, Austin, TX 78702

504 East 5th Street, Austin, TX 78702

7400 South Congress Avenue and 300 Blackberry Drive, Austin, TX

900 & 904 East Cesar Chavez Street, Austin, TX 78702

### Credits/Funds Received

| | | |
|---|---|---|
| Loan Amount (Draw at Closing - $16,832,250.00) from U.S. Real Estate Credit Holdings III-A, LP | | $22,932,250.00 |
| Loan Commitment - 5th & Red River | $16,880,000.00 | |
| Loan Commitment - 900 & 904 E. Cesar Chavez | $2,480,000.00 | |
| Loan Commitment - 905 & 907 E. Cesar Chavez | $1,066,250.00 | |
| Loan Commitment - 7400 South Congress | $2,506,000.00 | |
| Total | | $22,932,250.00 |

### Less: Charges/Disbursements

| | |
|---|---|
| Deposit Paid Outside Closing by Borrower to U.S. Real Estate Credit Holdings III-A, LP | ($60,000.00) |
| Third Party Expenses and Legal Fees POC from Deposit | $60,000.00 |
| 5th & Red River - Delayed Draw- Cap Ex to U.S. Real Estate Credit Holdings III-A, LP | $4,750,000.00 |
| 5th & Red River - Delayed Draw - Interest Reserve to U.S. Real Estate Credit Holdings III-A, LP | $930,000.00 |
| 900 & 904 E. Cesar Chavez -Delayed Draw - Interest Reserve to U.S. Real Estate Credit Holdings III-A, LP | $140,000.00 |
| 905 & 907 E Cesar Chavez - Delayed Draw-Interest Reserve to U.S. Real Estate Credit Holdings III-A, LP | $140,000.00 |
| 700 South Congress-Delayed Draw-Interest Reserve to U.S. Real Estate Credit Holdings III-A, LP | $140,000.00 |
| Loan Fee (1%) to U.S. Real Estate Credit Holdings III-A, LP | $229,323.00 |
| Appraisal Fee to Newmark Knight Frank Valuation & Advisory, LLC | $5,500.00 |
| Background Check to Sapient | $1,000.00 |
| Insurance Impounds to U.S. Real Estate Credit Holdings III-A, LP | $850.85 |
| Tax Impounds to U.S. Real Estate Credit Holdings III-A, LP | $165,338.06 |
| Searches to CLAS Worldwide Information Services | $1,610.50 |

**EXHIBIT "3"**     ATX000084

| | |
|---|---:|
| Cap Premium to SMBC Capital Markets, Inc. | $84,000.00 |
| Payment to Chatham Financial | $6,000.00 |
| Escrow Fee to Heritage Title Company | $300.00 |
| Recording Fees to Heritage Recording Acct | $600.00 |
| Legal Fees to Wilson Law Group PLLC | $6,984.00 |
| Additional Searches (2 invoices) to Cogency Global | $6,459.62 |
| | |
| Zoning Report (5th and Red River) to Global Realty Services Group | $600.00 |
| Survey (5th and Red River) to JPH Land Surveying, Inc. | $3,247.50 |
| ESA & PCA (5th and Red River) to Global Realty Services Group | $3,700.00 |
| | |
| Zoning Report (900 and 904 E. Cesar Chavez) to Zoning Info, Inc. | $800.00 |
| Zoning Report (905 & 907 Cesar Chavez) to Global Realty Services Group LLC | $600.00 |
| Survey (905 & 907 Cesar Chavez) to All Points Surveying | $1,623.75 |
| ESA (905 & 907 Cesar Chavez) to Global Realty Services Group LLC | $1,700.00 |
| | |
| Zoning Report (7400 South Congress) to Global Realty Services Group | $600.00 |
| Survey (7400 South Congress) to All Points Surveying | $3,518.13 |
| ESA (7400 South Congress) to Global Realty Services Group LLC | $2,000.00 |
| | |
| Property Insurance to Swingle, Collins & Associates | $1,465.00 |
| Funds Transferred for Purchase of 5th & Red River (GF 201801091) to Heritage Title Company of Austin, Inc. | $15,397,990.94 |
| Funds Transferred for Purchase of 900 & 904 E. Cesar Chavez to Independence Title Company | $3,543,750.24 |
| Funds Transferred for Purchase of 905 & 907 E. Cesar Chavez (GF 2011801569) to Heritage Title Company of Austin, Inc. | $1,362,522.05 |
| Funds Transferred for Purchase of 7400 S. Congress to Austin Title Company | $3,592,067.40 |
| **Total Charges/Disbursements** | **$30,524,151.04** |
| **Net Amount Due by Borrower** | **$7,591,901.04** |

Borrower understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

The undersigned hereby authorizes Heritage Title Company of Austin, Inc. to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

ATX000085

Heritage Title Company of Austin, Inc.

By _____
Deedee King

905 Cesar Chavez, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

5th and Red River, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

7400 South Congress, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

900 Cesar Chavez, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

*Note: Interest on existing liens is figured to the date indicated. If not paid by then, additional interest will have to be collected and your statement will be adjusted to have sufficient funds to secure release from the lienholder.

ATX000086