## ALLONGE

This **ALLONGE** (this "*Allonge*") forms a part of that certain Promissory Note, dated September 21, 2018, by **900 CESAR CHAVEZ, LLC, 905 CESAR CHAVEZ, LLC, 5TH AND RED RIVER, LLC and 7400 SOUTH CONGRESS, LLC,** each a Delaware limited liability company ("*Borrower*"), made payable to the order of **U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP**, an Irish limited partnership ("*Assignor*"), in the stated principal amount of TWENTY TWO MILLION NINE HUNDRED THIRTY TWO THOUSAND TWO HUNDRED FIFTY and No/100 Dollars ($22,932,250.00) (the "*Note*"). The Note is hereby transferred pursuant to the following endorsement with the same force and effect as if such endorsement were set forth at the end of the Note:

Pay to the order of **U.S. REAL ESTATE CREDIT HOLDINGS III, LP**, an Irish limited partnership.

This Allonge is made **AS-IS, WHERE-IS, WITHOUT REPRESENTATION, RECOURSE OR WARRANTY, EXPRESS OR IMPLIED, IN FACT OR BY LAW.**

This Allonge will be "affixed" to the Note and is hereby made a part thereof.

[NO FURTHER TEXT ON THIS PAGE]

**EXHIBIT "7"**

ATX000171

**U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP**, an Irish limited partnership, acting by its General Partner, U.S. REAL ESTATE CREDIT HOLDINGS III-A GP LIMITED

By: Calmwater Asset Management, LLC,
    a Delaware limited liability company,
    its Investment Manager

By: _____
Name: Dean Chang
Title: Authorized Signatory

[Signature Page to Allonge]