**ELECTRONICALLY RECORDED**     2018192493

            TRV    11    PGS

**Recording Requested By:**
U.S. Real Estate Credit Holdings III, LP
c/o Calmwater Capital
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

**When Recorded Return To:**
Calmwater Capital
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025
Attn: Dean Chang, Esq.

The area above is reserved for recorders use

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

**EXHIBIT "9"**

# ASSIGNMENT OF
# ASSIGNMENT OF LEASES AND RENTS

U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP,

(Assignor)

to

U.S. REAL ESTATE CREDIT HOLDINGS III, LP,

(Assignee)

**Dated:** As of December 13, 2018

After Recording Return to:
Calmwater Capital
11755 Wilshire Boulevard, #1425
Los Angeles, CA 90025
Attention: Dean Chang, Esq.

ATX000185

## ASSIGNMENT OF
## ASSIGNMENT OF LEASES AND RENTS

KNOW THAT **U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP**, an Irish limited partnership, having an address at 11755 Wilshire Boulevard, Suite 1425, Los Angeles, CA 90025 (together with its successors and permitted assigns, "*Assignor*"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby grants, conveys, assigns and transfers to **U.S. REAL ESTATE CREDIT HOLDINGS III, LP**, an Irish limited partnership, having an address at 11755 Wilshire Boulevard, Suite 1425, Los Angeles, CA 90025 ("*Assignee*"), all right, title and interest of Assignor in, to and under or arising out of that certain assignment of leases and rents more particularly described on Schedule 1 attached hereto and made a part hereof (as may be amended from time to time in accordance with its terms, the "*ALR*"), which document relates to certain interests in the real property located in the County of Travis and the State of Texas (the "*Property State*"), more particularly described in Exhibits A-1 – A-4 attached hereto and made a part hereof.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever.

Assignor represents to Assignee that: (1) Assignor is the holder of one hundred percent (100%) of the legal and beneficial interests in the ALR, free and clear of any lien, security interest or other encumbrance, (2) the execution and delivery of this Assignment of Assignment of Leases and Rents was duly authorized by all necessary action on the part of Assignor, and (3) Assignee is not acting as a nominee of the assignor and the ALR being assigned continues to secure a bona fide obligation with the principal amount set forth in Schedule 1 hereto as of the date hereof.

The word "Assignor" or "Assignee" shall be construed as if it reads "Assignors" or "Assignees" whenever the sense of this instrument so requires.

This Assignment of Assignment of Leases and Rents shall be governed by and construed in accordance with the internal laws of the Property State.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

IN WITNESS WHEREOF, Assignor has duly executed this Assignment of Assignment of Leases and Rents as of the date first above written.

Assignor:

**U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP,** an Irish limited partnership, acting by its General Partner, U.S. REAL ESTATE CREDIT HOLDINGS III-A GP LIMITED

By: Calmwater Asset Management, LLC,
    a Delaware limited liability company,
    its Investment Manager

By: _____
Name: Dean Chang
Title: Authorized Signatory

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }
County of Los Angeles }

On November 16, 2018 before me, David Charles Magruder
    Date                                    Here Insert Name of Notary Public

a notary public, personally appeared Dean Chang
                                        Name(s) of Signer(s)

David Charles Magruder
COMM. #2219115
Notary Public - California
Los Angeles County
My Comm. Expires Oct. 21, 2021

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                            Signature of Notary Public

Place Notary Seal Above

ATX000187

## SCHEDULE 1

### Schedule of Assignment of Leases and Rents

1. Assignment of Leases and Rents, made by 900 CESAR CHAVEZ, LLC, 905 CESAR CHAVEZ, LLC, 5TH AND RED RIVER, LLC and 7400 SOUTH CONGRESS, LLC, each a Delaware limited liability company, U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish limited partnership, dated September 21, 2018, and recorded September 25, 2018 as Document No. 2018151773 of Official Records of the County of Travis, State of Texas, securing a loan in the amount of $22,932,250.

## EXHIBIT A-1

## DESCRIPTION OF 5th PROPERTY

TRACT 1: Lot 2, Block 60 of the Original City of Austin, Travis County, Texas, according to the Plat on file at the General Land Office of the State of Texas, SAVE AND EXCEPT the West 18 inches of the South 40 feet 6 inches as described in instrument recorded in Volume 365, Page 403 of the Deed Records of Travis County, Texas.

TRACT 2: Lots A and B, LINAM NO. 1, a subdivision in Travis County, Texas, according to the map or plat thereof, recorded in Volume 80, Page 182 of the Plat Records of Travis County, Texas.

ATX000189

## EXHIBIT A-2

## DESCRIPTION OF 900 CESAR CHAVEZ PROPERTY

Lots 1, 2, 3 and 4, Block 4, JAMES HARRINGTON'S SUBDIVISION OF OUTLOT 17, DIVISION "O", according to the map or plat thereof, recorded in Volume X, Page 636, Plat Records, Travis County, Texas.

ATX000190

## EXHIBIT A-3

## DESCRIPTION OF 905 CESAR CHAVEZ PROPERTY

Lots 8 and 9, Block 1, R. W. MAGUIRE'S SUBDIVISION OF OUTLOTS 31 AND 32, DIVISION O, a subdivision in Travis County, Texas, according to the map or plat thereof, recorded in Volume 2, Page 165 of the Plat Records of Travis County, Texas, as further affected by Boundary Line Agreement and Special Warranty Deed dated January 4, 2002, recorded under Document No. 2002008652 of the Official Public Records of Travis County, Texas.

## EXHIBIT A-4

## DESCRIPTION OF CONGRESS PROPERTY

Tract 1:

ALL THAT CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATED IN TRAVIS COUNTY, TEXAS, BEING 5.133 ACRES OF LAND LOCATED IN THE WILLIAM CANNON LEAGUE, ABSTRACT NO. 6, IN THE CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, BEING A PORTION OF A 5.65 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at an iron pin found at the northwest corner of the above mentioned 5.65 acre tract of land, said point being in the east line of Meadowcreek, Section 2, Phase 2, a subdivision in Austin, Travis County, Texas according to the plat recorded in Book 71, Page 31, of the Travis County Plat Records and from which point an trot pin found at the southeast corner of Lot 8 Block H, Meadowcreek, Section 2, Phase 2, bears South 71 deg.17'00" East, 91.80 feet;

THENCE with the north line of said 5.65 acre tract, South 71 deg.17'00" East, 710.20 feet to an iron pin found for the northeast corner of said 5.113 acre and hereof, and from which point an iron pin found at the northeast corner of a 1.44 acre tract;

THENCE South 14 deg.32' West, 310.50 feet to an iron pin found for the southeast corner of said 5.113 acre tract and hereof, and southwest corner of said 1.440 acre tract; pin being on north line of 2.2686 acre tract of Humble Pipe Line Co.

THENCE with the north line of said Humble Pipe Line Co. tract, North 75 deg.28'00" West, 622.23 feet to an iron pin found in the east line of Meadowcreek, Section 2, Phase 2, for the southwest corner of said 5.65 acre tract and hereof, and for the northwest corner of the Humble Pipe Line Co. Tract;

THENCE with the east line of Meadowcreek, Section 2, Phase 2, North 01 deg.10'00" East at 102.98 feet passing the northwest corner of Lot 5, Block M, Meadowcreek, Section 2 Phase 2, in all a distance of 372.40 feet to the POINT OF THE BEGINNING, containing in all 5.113 acres of land more or less.

Tract 2:

BEING A TRACT OR PARCEL OF LAND SITUATED IN TRAVIS COUNTY, TEXAS, BEING OUT OF AND A PART OF THE WILLIAM CANNON LEAGUE, ABSTRACT NO. 6, IN THE CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, OUT 5.65 ACRE TRACT AND A .09 ACRE TRACT, DESCRIBED BY THE BOUNDARY LINE AGREEMENT RECORDED IN VOLUME 4862, PAGE 1328 OF THE TRAVIS COUNTY DEED RECORDS, AND BEING THE SAME TRACT OF LAND DESCRIBED AS TRACT 2 IN A DEED FROM ISAM KUSSAD AND JOYCE KUSSAD, HUSBAND AND WIFE, TO SERGIO LOZANO-SANCHEZ AND MARION SANCHEZ-LOZANO, DATED FEBRUARY 19, 2003 AND

RECORDED IN 2003045409 OF THE OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING at a 1/2" iron rod found in the Southeast corner of this tract, and in the west right-of-way line of U.S. Highway 81 (South Congress Avenue), and the Northeast corner of that 2.2686 tract of land conveyed to Humble Pipeline Company by deed recorded in Volume 993, Page 101 of the Deed Records of Travis County, Texas, and which point is also POINT OF BEGINNING of the herein described tract;

THENCE with the South line of this tract and the north line of the Humble Pipeline Company tract North 75°32'24" West at a distance of 376.78 feet to a 1" iron pipe found at the Southwest corner of this tract and the Southeast corner of a 4.95 acre tract of land conveyed to Pecan Grove Joint Venture by deed recorded in Volume 7581, Page 179 of the Deed Records of Travis County, Texas;

THENCE with the west line of this tract and the east line of the Pecan Grove Joint Venture tract North 14 deg.35'56" East at a distance of 309.60 feet to a 1/2" iron rod found at the Northwest corner of this tract and the Northeast corner of the Pecan Grove Joint Venture tract, and a point in the south line of Lot 1A of Sarah Ann Fritts Subdivision;

THENCE with the North line of this tract and the south line of Lot 1A of Sarah Ann Fritts Subdivision South 71 deg.14'57" East at a distance of 31.27 feet to a 1/2" iron rod found at the Northeast corner of this tract and the Northwest corner of Lot 1 of The Ennis Subdivision, a Travis County subdivision recorded in Volume 82, Page 20, Plat Records, Travis County, Texas;

THENCE with the East line of this tract and the west line of Lot 1 of The Ennis Subdivision South 06 deg.08'54" West at a distance of 155.84 feet to a 1/2" iron rod found at a corner of this tract in the North line of this tract and the Southwest corner of Lot 1 of The Ennis Subdivision;

THENCE with the North line of this tract and the south line of Lot 1 of The Ennis Subdivision South 73 deg. 11'02" East at a distance of 324.92 feet to a 1/2" iron rod found at the Northeast corner of this tract and the Southeast corner of Lot 1 of The Ennis Subdivision, and in the west right-of-way line of U.S. Highway 81 (South Congress Avenue);

THENCE with the East line of this tract and the west line of U.S. Highway 81 (South Congress Avenue) South 15 deg.24'48" West at a distance of 139.72 feet to a 1/2" iron rod found in the Southeast corner of this tract, and in the west right-of-way line of U.S. Highway 81 (South Congress Avenue), and the Northeast corner of the Humble Pipeline Company tract, and being the POINT OF BEGINNING, containing 1.4296 acres of land, more or less.

Tract 3:

Lot 1, of ENNIS SUBDIVISION, an addition in Travis County, Texas, according to the map or plat thereof recorded in Plat Book 82, Page 20, of the Plat Records of Travis County, Texas.

ATX000193



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

DANA DEBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS
December 14 2018 08:29 AM
FEE: $ 66.00   2018192493

**ATX000194**