IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **900 Cesar Chavez, LLC,** | § | Case No. 19-11527-tmd |
| | § | |
| **905 Cesar Chavez, LLC,** | § | Case No. 19-11528-tmd |
| | § | |
| **5th and Red River, LLC,** | § | Case No. 19-11529-tmd |
| | § | |
| **7400 South Congress, LLC,** | § | Case No. 19-11530-tmd |
| | § | |
| **Debtors.** | § | (*Jointly Administered Under* |
| | § | *Case No. 19-11527-tmd*) |

**DECLARATION OF JOHN A. KILTZ IN SUPPORT OF
MOTION OF ATX LENDER 5, LLC FOR RELIEF FROM THE
AUTOMATIC STAY FOR CAUSE UNDER 11 U.S.C. § 362(d)(1) WITH RESPECT
TO NON-RESIDENTIAL REAL PROPERTY [WITH WAIVER OF 30-DAY
HEARING REQUIREMENT UNDER 11 U.S.C. § 362(e)]**

I, John A. Kiltz, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am the vice president of ATX Lender 5, LLC ("ATX"). I am over the age of eighteen (18) years and have never been convicted of a felony or a crime of moral turpitude. I either have personal knowledge of the facts stated herein or have been made aware of the facts stated herein during the course of my service as the vice president of ATX. If called and sworn as a witness, I could and would testify competently to the facts set forth herein. I am submitting this Declaration in support of the *Motion of ATX Lender 5, LLC for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) With Respect to Non-Residential Real Property [With Waiver of 30-Day Hearing Requirement Under 11 U.S.C. § 362(e)]* (the "Motion").

2. ATX was organized on or about September 19, 2019 to acquire certain indebtedness owed by the following entities: 900 Cesar Chavez, LLC, 905 Cesar Chavez, LLC,

81667424v.4



ATX000195

5th and Red River, LLC, and 7400 South Congress, LLC (collectively, the "Debtors" and, individually, a "Debtor"). I have been informed that the Debtors own the following tracts of commercial real property: (1) 504 East 5th Street in Austin, Texas, (2) 900 and 904 East Cesar Chavez Street in Austin, Texas, (3) 905 and 907 East Cesar Chavez Street in Austin, Texas, and (4) 7400 South Congress Avenue in Austin, Texas (collectively, the "Properties" or, individually, a "Property").

3. On or about September 20, 2019, ATX entered into a *Loan Purchase and Sale Agreement* (the "ATX Loan Purchase Agreement") with U.S. Real Estate Credit Holdings III, LP (the "Original Lender Affiliate") to purchase a note and associated documents and instruments then-owned by the Original Lender Affiliate. In connection with the consummation of this transaction, ATX and the Original Lender Affiliate executed several agreements, assignments, and related documents, including the following: (1) an *Assignment and Assumption Agreement*, dated September 24, 2019 (the "ATX Assignment Agreement"), (2) an *Allonge*, dated September 24, 2019 (the "ATX Allonge"), executed by the Original Lender Affiliate in ATX's favor, and (3) that certain *Assignment of Mortgage/Deed of Trust and Assignment of Rents and Leases,* dated September 24, 2019 (the "ATX DOT/Proceeds Assignment").[1]

4. The ATX Assignment Documents memorialized ATX's acquisition of the following agreements, instruments, and documents (among various other documents and instruments also acquired by ATX): (i) a *$22,932,250 Promissory Note* (the "Note"), dated September 21, 2018, given by the Debtors in favor of U.S. Real Estate Credit Holdings III-A, LP ("Original Lender"), the original lender and predecessor-in-interest to the Original Lender

---

[1] The ATX Loan Purchase Agreement, the ATX Assignment Agreement, the ATX Allonge, the ATX DOT/Proceeds Assignment, and all other financing-statement assignments, agreements, instruments, and related documents acquired by ATX in connection with the loan-purchase transaction between ATX and the Original Lender Affiliate are referred to collectively in this Declaration as the "ATX Assignment Documents".

Affiliate, (ii) a *Loan Agreement,* dated September 21, 2018 (the "Loan Agreement"), between the Debtors and the Original Lender, (iii) a *Deed of Trust, Security Agreement, and Financing Statement,* dated September 21, 2018 (the "Deed of Trust"), given by the Debtors in favor of the Original Lender, (iv) an *Assignment of Leases and Rents*, dated September 21, 2018 (the "Proceeds Assignment") between the Debtors and the Original Lender, (v) an *Assignment and Assumption of Loan Interest*, dated December 13, 2018 (the "Affiliate Assignment Agreement"), between the Original Lender and the Original Lender Affiliate, (vi) an *Allonge,* dated December 13, 2018 (the "Affiliate Allonge") executed by the Original Lender in favor of the Original Lender Affiliate, (vii) an *Assignment of Deed of Trust, Security Agreement, and Financing Statement*, dated December 13, 2018 (the "Affiliate DOT Assignment") between the Original Lender and the Original Lender Affiliate, and (viii) an *Assignment of Assignment of Leases and Rents*, dated December 13, 2018 (the "Affiliate Assignment—Proceeds") between the Original Lender and the Original Lender Affiliate.[2]

5. At the time that ATX acquired the Loan Transaction Documents, the Original Lender Affiliate provided ATX with the payment and transaction history for the Note and the associated indebtedness owed by the Debtors to the Original Lender Affiliate (the "Loan"). I have attached as Exhibit "A" to this Declaration a true and correct copy of the loan-transaction history ("Loan History") provided to ATX by the Original Lender Affiliate on or about September 24, 2019. The Loan History reflects the loan disbursements, loans advances, payments, charges, fees and expenses incurred by the Debtors in connection with the Note as of September 18, 2019.

---

[2] The agreements, assignments, instruments, and related documents acquired by ATX from the Original Lender Affiliate, including without limitation, the Note, the Loan Agreement, the Deed of Trust, the Proceeds Assignment, the Affiliate Assignment Agreement, the Affiliate Allonge, the Affiliate DOT Assignment, and the Affiliate Assignment—Proceeds are referred to collectively in this Declaration as the "Loan Transaction Documents".

81667424v.4

6. In the ATX Loan Purchase Agreement, the Original Lender Affiliate represented and warranted to ATX that, as of September 18, 2019, the Original Lender Affiliate had not received any payments from the Debtors under the Loan Transaction Documents since June 10, 2019. Based on this representation and on my personal knowledge of the Loan since ATX acquired it on September 24, 2019, I understand that the Debtors have not made any payments on the Loan in July 2019, August 2019, September 2019, October 2019, or November 2019. Further, the Original Lender Affiliate also represented and warranted to ATX that, as of September 18, 2019, the Debtors were in default under the Loan as provided in the Loan Transaction Documents and that the Loan had been accelerated.

7. Based on the Loan History, Loan Transaction Documents, and representations provided by the Original Lender Affiliate to ATX, I calculate that the unpaid principal amount due on the Note is $17,858,636.54 as of November 15, 2019. As of November 15, 2019 interest accrues on the Debtors' obligations at the non-default rate in the amount of $3,869.37 per diem and at the default rate in the amount of $6,349.74 per diem. As of November 15, 2019, I calculate that the total of all amounts (including interest, default interest, fees, and other charges) due under the Note and other Loan Transaction Documents is **$19,184,469.70** as follows:

| Amounts Due as of 11/15/19 | Totals |
|---|---|
| Unpaid Principal Balance | $17,858,636.54 |
| Unpaid Interest (including default interest) | $1,027,411.83 |
| Late Charges | $21,913.63 |
| Late Reporting Fee | $23,000.00 |
| Attorneys' Fees and Other Charges | $253,507.70 |
| **Total =** | **$19,184,469.70** |

8. The current reserve available for payment of ad valorem taxes is $163,359.71. The current reserve available for payment of insurance is $955.43. Based on the best available information from taxing authorities, the current reserve for payment of ad valorem taxes ($163,359.71) is insufficient to satisfy the expected 2019 ad valorem taxes of $282,488.31. (The

total shortfall is $119,128.60.)

9. Each of the Properties is flawed in some way. The 5th and Red River property is partially unimproved raw land which is encumbered by the capital view corridor height limitations. The 5th and Red River property is also partially improved by historical buildings that must be preserved and would limit future redevelopment. The capital view corridor and historical buildings combine to significantly limit what could be developed on the 5th and Red River property which, in turn, limits the value. The South Congress tracts are unimproved raw land and are not entitled for multi-family, which is ultimately the highest and best use for the property. The entitlement process in Austin is expensive, time consuming, uncertain and fraught with risk. The risk is difficult to quantify and limits the value. The Cesar Chavez properties are unimproved raw land and are prohibited by zoning from hotel or restaurant uses. Additionally, the Cesar Chavez properties are limited by a height restriction and compatibility setback requirements. The above considerations all impact the value of the Properties. In addition, the properties generate no meaningful income. The Properties generate minimal parking revenue which may or may not cover property taxes. I estimate that the Properties' current market value is approximately the amount of the debt, $19,185,000, and may be in excess of the debt. However, the value of the Properties depends on a myriad of factors, including, but not limited to those discussed above. I provide this statement of estimated value for the Properties solely in order to comply with Rule 4001(a)(1)(A) of the Local Rules of the United States Bankruptcy Court for the Western District of Texas.

[*Signature Page Follows*]

Dated: November 15, 2019.
Austin, Texas

*John A. Kiltz*
John A. Kiltz

| Asset Number | Trans Date | Due Date | Effective Date | Description | Suspense | Transaction Amount | Principal | Interest | Tax | Insurance | Late Charge | Reserves | Principal Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2325101 | 8/13/2019 | | | LATE CHARGE ASSESSED | 0 | 201.43 | 0 | 0 | 0 | 0 | 201.43 | 0 | 17,858,636.54 | |
| 2325101 | 8/6/2019 | 8/1/2019 | | LATE CHARGE ASSESSED | 0 | 7,688.11 | 0 | 0 | 0 | 0 | 7,688.11 | 0 | 17,858,636.54 | |
| 2325101 | 8/1/2019 | | | INT ON ESCROW DEBIT | 0 | 23.04 | 0 | 0 | -23.04 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 8/1/2019 | | | INT ON ESCROW DEBIT | 0 | 0.26 | 0 | 0 | 0 | -0.26 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/22/2019 | | 7/22/2019 | INS DISBURSEMENT | 0 | 1,295.00 | 0 | 0 | 0 | -1,295.00 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/16/2019 | | | LATE CHARGE WAIVED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | -1,200.41 | 0 | 17,858,636.54 | |
| 2325101 | 7/12/2019 | 7/1/2019 | 7/5/2019 | LATE REPORTING FEE | 0 | 7,750.00 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/12/2019 | 7/1/2019 | 7/5/2019 | UNUSED CR FACILITY FEE | 0 | 2,240.34 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/12/2019 | 7/1/2019 | 7/5/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | | LATE CHARGE ASSESSED | 0 | 6,275.38 | 0 | 0 | 0 | 0 | 6,275.38 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | | LATE CHARGE ASSESSED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | 1,200.41 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | 7/5/2019 | PAYMENT REC'D | 0 | 24,008.13 | 0 | 0 | 23,863.93 | 144.2 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | | PAYMENT REVERSAL | 0 | 125,507.71 | 0 | -125,507.71 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | 7/5/2019 | PAYMENT REVERSAL | 0 | 24,008.13 | 0 | 0 | -23,863.93 | -144.2 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | 7/5/2019 | UNUSED CR FACILITY FEE | 0 | 2,240.34 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | 7/5/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | 7/1/2019 | 7/5/2019 | LATE REPORTING FEE | 0 | 7,750.00 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/11/2019 | | 7/1/2019 | LOAN ADVANCE REVERSAL | 0 | 125,507.71 | -125,507.71 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 7/8/2019 | 7/1/2019 | | LATE CHARGE WAIVED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | -1,200.41 | 0 | 17,984,144.25 | |
| 2325101 | 7/8/2019 | 7/1/2019 | 7/5/2019 | LATE REPORTING FEE | 0 | 7,750.00 | 0 | 0 | 0 | 0 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/8/2019 | 7/1/2019 | 7/5/2019 | UNUSED CR FACILITY FEE | 0 | 2,240.34 | 0 | 0 | 0 | 0 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/8/2019 | 7/1/2019 | 7/5/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/8/2019 | 7/1/2019 | 7/5/2019 | PAYMENT REC'D | 0 | 24,008.13 | 0 | 0 | 23,863.93 | 144.2 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/6/2019 | 7/1/2019 | | LATE CHARGE ASSESSED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | 1,200.41 | 0 | 17,984,144.25 | |
| 2325101 | 7/1/2019 | | | INT ON ESCROW DEBIT | 0 | 0.42 | 0 | 0 | 0 | -0.42 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/1/2019 | | | INT ON ESCROW DEBIT | 0 | 26.93 | 0 | 0 | -26.93 | 0 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/1/2019 | 7/1/2019 | | PAYMENT REC'D | 0 | 125,507.71 | 0 | 125,507.71 | 0 | 0 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 7/1/2019 | | 7/1/2019 | LOAN ADVANCE | 0 | 125,507.71 | 125,507.71 | 0 | 0 | 0 | 0 | 0 | 17,984,144.25 | |
| 2325101 | 6/10/2019 | 6/3/2019 | | LATE CHARGE WAIVED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | -1,200.41 | 0 | 17,858,636.54 | |
| 2325101 | 6/10/2019 | | 6/7/2019 | LATE CHARGE PAYMENT | 0 | 1,413.42 | 0 | 0 | 0 | 0 | -1,413.42 | 0 | 17,858,636.54 | |
| 2325101 | 6/10/2019 | 6/1/2019 | 6/7/2019 | UNUSED CR FACILITY FEE | 0 | 2,220.03 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 6/10/2019 | 6/1/2019 | 6/7/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 6/10/2019 | 6/3/2019 | 6/7/2019 | PAYMENT REC'D | 0 | 24,008.13 | 0 | 0 | 23,863.93 | 144.2 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 6/8/2019 | 6/3/2019 | | LATE CHARGE ASSESSED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | 1,200.41 | 0 | 17,858,636.54 | |
| 2325101 | 6/4/2019 | 6/3/2019 | 6/3/2019 | PAYMENT REC'D | 0 | 129,765.48 | 0 | 129,765.48 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 6/4/2019 | | 6/3/2019 | LOAN ADVANCE | 0 | 129,765.48 | 129,765.48 | 0 | 0 | 0 | 0 | 0 | 17,858,636.54 | |
| 2325101 | 6/3/2019 | | | INT ON ESCROW DEBIT | 0 | 0.38 | 0 | 0 | 0 | -0.38 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 6/3/2019 | | | INT ON ESCROW DEBIT | 0 | 21.13 | 0 | 0 | -21.13 | 0 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 5/16/2019 | 5/1/2019 | 5/15/2019 | UNUSED CR FACILITY FEE | 0 | 2,349.11 | 0 | 0 | 0 | 0 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 5/16/2019 | 5/1/2019 | 5/15/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 5/16/2019 | 5/1/2019 | 5/16/2019 | PAYMENT REC'D | 0 | 24,008.13 | 0 | 0 | 23,863.93 | 144.2 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 5/14/2019 | | | LATE CHARGE ASSESSED | 0 | 213.01 | 0 | 0 | 0 | 0 | 213.01 | 0 | 17,728,871.06 | |
| 2325101 | 5/6/2019 | 5/1/2019 | | LATE CHARGE ASSESSED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | 1,200.41 | 0 | 17,728,871.06 | |
| 2325101 | 5/3/2019 | 5/1/2019 | | PAYMENT REC'D | 0 | 124,696.24 | 0 | 124,696.24 | 0 | 0 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 5/3/2019 | | 5/1/2019 | LOAN ADVANCE | 0 | 124,696.24 | 124,696.24 | 0 | 0 | 0 | 0 | 0 | 17,728,871.06 | |
| 2325101 | 5/1/2019 | | | INT ON ESCROW DEBIT | 0 | 0.34 | 0 | 0 | 0 | -0.34 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 5/1/2019 | | | INT ON ESCROW DEBIT | 0 | 16.63 | 0 | 0 | -16.63 | 0 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 4/8/2019 | 4/1/2019 | | LATE CHARGE WAIVED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | -1,200.41 | 0 | 17,604,174.82 | |
| 2325101 | 4/8/2019 | 4/1/2019 | 4/5/2019 | UNUSED CR FACILITY FEE | 0 | 2,166.74 | 0 | 0 | 0 | 0 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 4/8/2019 | 4/1/2019 | 4/5/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 4/8/2019 | 4/1/2019 | 4/5/2019 | PAYMENT REC'D | 0 | 24,008.13 | 0 | 0 | 23,863.93 | 144.2 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 4/6/2019 | 4/1/2019 | | LATE CHARGE ASSESSED | 0 | 1,200.41 | 0 | 0 | 0 | 0 | 1,200.41 | 0 | 17,604,174.82 | |
| 2325101 | 4/3/2019 | 4/1/2019 | 4/1/2019 | PAYMENT REC'D | 0 | 127,916.50 | 0 | 127,916.50 | 0 | 0 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 4/3/2019 | | 4/1/2019 | LOAN ADVANCE | 0 | 127,916.50 | 127,916.50 | 0 | 0 | 0 | 0 | 0 | 17,604,174.82 | |
| 2325101 | 4/1/2019 | | | INT ON ESCROW DEBIT | 0 | 15.23 | 0 | 0 | -15.23 | 0 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 4/1/2019 | | | INT ON ESCROW DEBIT | 0 | 0.39 | 0 | 0 | 0 | -0.39 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 3/6/2019 | | 3/5/2019 | LATE CHARGE PAYMENT | 0 | 1,329.59 | 0 | 0 | 0 | 0 | -1,329.59 | 0 | 17,476,258.32 | |
| 2325101 | 3/6/2019 | 3/1/2019 | 3/5/2019 | PAYMENT REC'D | 0 | 24,008.13 | 0 | 0 | 23,863.93 | 144.2 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 3/6/2019 | 3/1/2019 | 3/5/2019 | UNUSED CR FACILITY FEE | 0 | 2,455.30 | 0 | 0 | 0 | 0 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 3/6/2019 | 3/1/2019 | 3/5/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 3/5/2019 | 3/1/2019 | 3/1/2019 | PAYMENT REC'D | 0 | 115,617.05 | 0 | 115,617.05 | 0 | 0 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 3/5/2019 | | 3/1/2019 | LOAN ADVANCE | 0 | 115,617.05 | 115,617.05 | 0 | 0 | 0 | 0 | 0 | 17,476,258.32 | |
| 2325101 | 3/1/2019 | | | INT ON ESCROW DEBIT | 0 | 0.17 | 0 | 0 | 0 | -0.17 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 3/1/2019 | | | INT ON ESCROW DEBIT | 0 | 4.32 | 0 | 0 | -4.32 | 0 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 2/13/2019 | | | LATE CHARGE ASSESSED | 0 | 219.31 | 0 | 0 | 0 | 0 | 219.31 | 0 | 17,360,641.27 | |
| 2325101 | 2/11/2019 | 2/1/2019 | 2/8/2019 | UNUSED CR FACILITY FEE | 0 | 2,509.98 | 0 | 0 | 0 | 0 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 2/11/2019 | 2/1/2019 | 2/8/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 2/11/2019 | 2/1/2019 | 2/8/2019 | PAYMENT REC'D | 0 | 22,205.69 | 0 | 0 | 22,035.52 | 170.17 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 2/6/2019 | 2/1/2019 | | LATE CHARGE ASSESSED | 0 | 1,110.28 | 0 | 0 | 0 | 0 | 1,110.28 | 0 | 17,360,641.27 | |
| 2325101 | 2/4/2019 | 2/1/2019 | 2/1/2019 | PAYMENT REC'D | 0 | 127,038.57 | 0 | 127,038.57 | 0 | 0 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 2/4/2019 | | 2/1/2019 | LOAN ADVANCE | 0 | 127,038.57 | 127,038.57 | 0 | 0 | 0 | 0 | 0 | 17,360,641.27 | |
| 2325101 | 1/22/2019 | 1/2/2019 | 1/11/2019 | PAYMENT REC'D | 0 | 22,205.69 | 0 | 0 | 22,035.52 | 170.17 | 0 | 0 | 17,233,602.70 | |

EXHIBIT "A"

| Loan | Date1 | Date2 | Date3 | Description | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2325101 | 1/22/2019 | | 1/11/2019 | PAYMENT REVERSAL | 0 | 22,035.52 | 0 | 0 | -22,035.52 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/22/2019 | | 1/11/2019 | PAYMENT REVERSAL | 0 | 170.17 | 0 | 0 | 0 | -170.17 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | | | SUPSENSE ESCROW DISB | -128.29 | 128.29 | 0 | 0 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | | | SUPSENSE ESCROW DISB | -5,819.43 | 5,819.43 | 0 | 0 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | | 1/11/2019 | LATE CHARGE PAYMENT | 0 | 1,329.59 | 0 | 0 | 0 | 0 | -1,329.59 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | 1/1/2019 | 1/11/2019 | UNUSED CR FACILITY FEE | 0 | 2,475.24 | 0 | 0 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | 1/1/2019 | 1/11/2019 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | | 1/11/2019 | SUSPENSE HELD PAYMENT | 5,947.73 | 5,947.73 | 0 | 0 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | | 1/11/2019 | INS ESCROW PMT | 0 | 170.17 | 0 | 0 | 0 | 170.17 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/17/2019 | | 1/11/2019 | RE TAX ESCROW PAYMENT | 0 | 22,035.52 | 0 | 0 | 22,035.52 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/14/2019 | 1/2/2019 | 1/9/2019 | LATE CHARGE ASSESSED | 0 | 219.31 | 0 | 0 | 0 | 0 | 219.31 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 1 | 0 | 0 | -1 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 9,816.74 | 0 | 0 | -9,816.74 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 11,531.74 | 0 | 0 | -11,531.74 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 11,531.75 | 0 | 0 | -11,531.75 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 12,310.62 | 0 | 0 | -12,310.62 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 17,760.69 | 0 | 0 | -17,760.69 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 33,348.68 | 0 | 0 | -33,348.68 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 33,352.33 | 0 | 0 | -33,352.33 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/11/2019 | 1/31/2019 | | R.E. TAX DISBURSEMENT | 0 | 122,181.91 | 0 | 0 | -122,181.91 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/7/2019 | 1/2/2019 | | LATE CHARGE ASSESSED | 0 | 1,110.28 | 0 | 0 | 0 | 0 | 1,110.28 | 0 | 17,233,602.70 |
| 2325101 | 1/3/2019 | 1/2/2019 | 1/2/2019 | PAYMENT REC'D | 0 | 123,340.71 | 0 | 123,340.71 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 1/3/2019 | | 1/2/2019 | LOAN ADVANCE | 0 | 123,340.71 | 123,340.71 | 0 | 0 | 0 | 0 | 0 | 17,233,602.70 |
| 2325101 | 12/10/2018 | 12/3/2018 | | LATE CHARGE WAIVED | 0 | 2,173.51 | 0 | 0 | 0 | 0 | -2,173.51 | 0 | 17,110,261.99 |
| 2325101 | 12/10/2018 | 12/1/2018 | 12/7/2018 | UNUSED CR FACILITY FEE | 0 | 2,609.74 | 0 | 0 | 0 | 0 | 0 | 0 | 17,110,261.99 |
| 2325101 | 12/10/2018 | 12/1/2018 | 12/7/2018 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 17,110,261.99 |
| 2325101 | 12/10/2018 | 12/3/2018 | 12/7/2018 | PAYMENT REC'D | 0 | 43,470.17 | 0 | 0 | 43,300.00 | 170.17 | 0 | 0 | 17,110,261.99 |
| 2325101 | 12/8/2018 | 12/3/2018 | | LATE CHARGE ASSESSED | 0 | 2,173.51 | 0 | 0 | 0 | 0 | 2,173.51 | 0 | 17,110,261.99 |
| 2325101 | 12/5/2018 | 12/3/2018 | 12/3/2018 | PAYMENT REC'D | 0 | 118,587.72 | 0 | 118,587.72 | 0 | 0 | 0 | 0 | 17,110,261.99 |
| 2325101 | 12/5/2018 | | 12/3/2018 | LOAN ADVANCE | 0 | 118,587.72 | 118,587.72 | 0 | 0 | 0 | 0 | 0 | 17,110,261.99 |
| 2325101 | 12/3/2018 | | | INT ON ESCROW DEBIT | 0 | 0.03 | 0 | 0 | 0 | -0.03 | 0 | 0 | 16,991,674.27 |
| 2325101 | 12/3/2018 | | | INT ON ESCROW DEBIT | 0 | 6.1 | 0 | 0 | -6.1 | 0 | 0 | 0 | 16,991,674.27 |
| 2325101 | 11/8/2018 | | | LATE CHARGE WAIVED | 0 | 6,042.52 | 0 | 0 | 0 | 0 | -6,042.52 | 0 | 16,991,674.27 |
| 2325101 | 11/7/2018 | 11/1/2018 | | LATE CHARGE WAIVED | 0 | 2,173.51 | 0 | 0 | 0 | 0 | -2,173.51 | 0 | 16,991,674.27 |
| 2325101 | 11/7/2018 | 11/1/2018 | 11/1/2018 | PAYMENT REC'D | 0 | 120,761.96 | 0 | 120,761.96 | 0 | 0 | 0 | 0 | 16,991,674.27 |
| 2325101 | 11/7/2018 | | 11/1/2018 | LOAN ADVANCE | 0 | 120,761.96 | 120,761.96 | 0 | 0 | 0 | 0 | 0 | 16,991,674.27 |
| 2325101 | 11/7/2018 | 11/1/2018 | 11/5/2018 | PAYMENT REC'D | 0 | 43,470.17 | 0 | 0 | 43,300.00 | 170.17 | 0 | 0 | 16,870,912.31 |
| 2325101 | 11/7/2018 | 11/1/2018 | 11/5/2018 | UNUSED CR FACILITY FEE | 0 | 841.85 | 0 | 0 | 0 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 11/7/2018 | 11/1/2018 | 11/5/2018 | BORROWER PD SVC FE | 0 | 1,911.02 | 0 | 0 | 0 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 11/7/2018 | 11/1/2018 | 11/5/2018 | BORROWER PD SVC FE | 0 | 637.01 | 0 | 0 | 0 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 11/6/2018 | 11/1/2018 | | LATE CHARGE ASSESSED | 0 | 8,216.03 | 0 | 0 | 0 | 0 | 8,216.03 | 0 | 16,870,912.31 |
| 2325101 | 11/1/2018 | | | INT ON ESCROW CREDIT | 0 | 1.06 | 0 | 0 | 1.06 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 11/1/2018 | | | INT ON ESCROW CREDIT | 0 | 0.01 | 0 | 0 | 0 | 0.01 | 0 | 0 | 16,870,912.31 |
| 2325101 | 10/23/2018 | | 10/23/2018 | INS ESCROW PMT | 0 | 850.85 | 0 | 0 | 0 | 850.85 | 0 | 0 | 16,870,912.31 |
| 2325101 | 10/23/2018 | | 10/23/2018 | RE TAX ESCROW PAYMENT | 0 | 165,338.06 | 0 | 0 | 165,338.06 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 10/19/2018 | 11/1/2018 | 9/21/2018 | PAYMENT REC'D | 0 | 88.4 | 0 | 88.4 | 0 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 10/19/2018 | 10/1/2018 | 9/21/2018 | PAYMENT REC'D | 0 | 38,573.91 | 0 | 38,573.91 | 0 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 10/19/2018 | | 9/21/2018 | LOAN ADVANCE | 0 | 88.4 | 88.4 | 0 | 0 | 0 | 0 | 0 | 16,870,912.31 |
| 2325101 | 10/19/2018 | | 9/21/2018 | LOAN ADVANCE | 0 | 38,573.91 | 38,573.91 | 0 | 0 | 0 | 0 | 0 | 16,870,823.91 |
| 2325101 | 10/15/2018 | | | NEW LOAN | 0 | 16,832,250.00 | 16,832,250.00 | 0 | 0 | 0 | 0 | 0 | 16,832,250.00 |

ATX000202