**From:** Nate Paul <npaul@world-class.com>
**Date:** September 23, 2019 at 7:46:09 AM PDT
**To:** Larry Grantham <Larry@calmwatercapital.com>
**Subject: Loan**

Larry,

I would like to get our loan back in good standing with you asap. Below is what I am proposing:
- We make payment to get all interest payments current
- We make $200,000 of the $550,000 principal paydown now
- The remaining $350,000 of the principal paydown by 12/31

I appreciate you working with us on this. It's been a challenging last month, for reasons outside of our control, and I am hopeful our long-standing relationship will allow for a swift resolution today. Thank you.

Best,
Nate

Nate Paul | President & Chief Executive Officer
WORLD CLASS
814 Lavaca St. | Austin, TX 78701
T 512.327.3300 | F 512.322.9238
npaul@world-class.com | www.world-class.com

2



EXHIBIT "11"

ATX000203