## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "**Assignment**"), dated as of September 24, 2019 (the "**Closing Date**"), is made by and between **U.S. REAL ESTATE CREDIT HOLDINGS III, LP**, an Irish limited partnership having an address at c/o Calmwater Capital, 11755 Wilshire Blvd., Suite 1425, Los Angeles, California 90025 ("**Assignor**"), and **ATX LENDER 5, LLC**, a Texas limited liability company, having an address at 600 Travis, Suite 2800, Houston, Texas 77002 ("**Assignee**").

### RECITALS:

WHEREAS, Assignor and Assignee have entered into that certain Loan Purchase and Sale Agreement dated as of September 20, 2019 (the "**Loan Interest Sale Agreement**") pursuant to which Assignor has agreed to sell, assign, transfer and convey to Assignee all of Assignor's right, title and interest in and to the Loan Interest and the Loan Documents, and Assignee has agreed to succeed to and acquire all of Assignor's right, title and interest in and to the Loan Interest and the Loan Documents, in each case first arising from and after the Closing Date.

WHEREAS, capitalized terms used and not otherwise defined in this Assignment have the meanings given to them in the Loan Interest Sale Agreement.

NOW, THEREFORE, in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby confirmed by Assignor and Assignee, Assignor and Assignee hereby agree as follows:

1. **Assignment.** As of the Closing Date, Assignor hereby sells, assigns, transfers and conveys to Assignee all of Assignor's right, title and interest in and to the Loan Interest and the Loan Documents.

2. **Assumption.** As of the Closing Date, Assignee hereby succeeds to and acquires all of Assignor's right, title and interest in and to, and assumes all of Assignor's rights, duties and obligations under, the Loan Interest and the Loan Documents, in each case first arising from and after the Closing Date and Assignee agrees to be bound by the terms and provisions of the Loan Documents.

3. **Governing Law; Waiver of Jury Trial.** This Assignment and the respective rights and obligations of the parties hereunder shall be construed in accordance with and governed by the laws of the State of Texas applicable to contracts made and to be performed entirely within such State. Each of the parties hereby irrevocably waives all right to trial by jury in any action, proceeding or counterclaim arising out of or relating to this Assignment.

4. **Successors and Assigns.** This Assignment shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

5. **Counterparts**. This Assignment may be executed in any number of counterparts, each of which when so executed and delivered shall be an original, but all of which shall together constitute one and the same instrument.

6. **Loan Interest Sale Agreement**. This Assignment shall be subject to all of the terms, provisions and limitations set forth in the Loan Interest Sale Agreement.

7. **Status of Loan Interest**. As of the date hereof, (i) the unpaid principal balance with respect to the Loan is $17,858,636.54, (ii) Seller has not received any payments from any Borrower or Guarantor under the Loan Documents since July 11, 2019, (iii) the current balance of Accrued and

81401949v.3

**EXHIBIT "13"**

ATX000246

Unpaid Interest and Charges is equal to $478,866.88, and (iv) the current amount of Reserves and Deposits is equal to $163,359.71 reserved for taxes, and $955.43 reserved for insurance, in each case pursuant to the Loan Agreement). The terms of and amounts owing under the Loan described on Exhibit F attached hereto are true and correct in all material respects as of the Closing Date.

[SIGNATURES FOLLOW ON THE NEXT PAGE]

**IN WITNESS WHEREOF**, the parties hereto have caused this Assignment to be executed as of the date first above written.

**ASSIGNOR:**

**U.S. REAL ESTATE CREDIT HOLDINGS III, LP,**
an Irish limited partnership, acting by its
General Partner, U.S. Real Estate Credit
Holdings III GP Limited

By: **CALMWATER ASSET MANAGEMENT, LLC,**
a Delaware limited liability company,
its Investment Manager

By: _____
Name: *Dean Chang*
Title: *Authorized Signatory*

**ASSIGNEE:**

**ATX LENDER 5, LLC,**
a Texas limited liability company


By: _____
Name:
Title:

ATX000248

**IN WITNESS WHEREOF**, the parties hereto have caused this Assignment to be executed as of the date first above written.

        **ASSIGNOR:**

        **U.S. REAL ESTATE CREDIT HOLDINGS III, LP,**
        an Irish limited partnership, acting by its
        General Partner, U.S. Real Estate Credit
        Holdings III GP Limited

        By:   **CALMWATER ASSET MANAGEMENT, LLC,**
                  a Delaware limited liability company,
                  its Investment Manager

                  By:_____
                  Name:_____
                  Title:_____

        **ASSIGNEE:**

        **ATX LENDER 5, LLC,**
        a Texas limited liability company

        By:   Wilson, Cribbs & Goren, P.C.,
                a Texas professional corporation,
                its Manager

              By: */s/ Anthony Marre*
              Name: Anthony Marre
              Title: Managing Shareholder

ATX000249

## EXHIBIT F

## LOAN DETAILS

As of September 24, 2019 (except as otherwise set forth below):

**Current Principal Balance:** $17,858,636.54

**Current Interest Rate:** 6.0% + LIBOR (Further detailed in the Note, Section 1(d))

**Current Interest Per Diem:** $4,030.60

**Default Interest Rate:** Current Interest Rate + 5.0% (Further detailed in the Note, Section 4(b))

**Current Default Interest Per Diem:** $2,480.37

**Current Interest Due (from 7/1/2019-9/24/2019):** $478,866.88

**Current Tax Escrow Held by or on behalf of Seller:** $163,359.71

**Current Insurance Escrow Held by or on behalf of Seller:** $955.43

**Default Interest Due** (from 7/1/2019-9/24/2019): $213,311.49

**Late Charges Due:** $21,913.63

**Late Reporting Fee Due:** $23,000.00

**Misc. Amounts Due:** $13,528.62

**Mandatory Principal Payment Past Due (per Section 9.21 of Loan Agreement):** $550,000.00

81401949v.3

ATX000250