## ALLONGE

This Allonge is attached to and forms a part of that certain Promissory Note (the "Note") dated as of September 21, 2018 in the original principal amount of $22,932,250.00 made by 900 CESAR CHAVEZ, LLC, 905 CESAR CHAVEZ, LLC, 5TH AND RED RIVER, LLC and 7400 SOUTH CONGRESS, LLC, each a Delaware limited liability company, in favor of U.S. Real Estate Credit Holdings III-A, LP ("Original Lender"), as assigned by Original Lender to U.S. Real Estate Credit Holdings III, LP ("Lender") pursuant to that certain Allonge dated December 13, 2018.  Lender, hereby absolutely assigns, transfers, endorses, negotiates and sets over and makes payable to the order of ATX LENDER 5, LLC, a Texas limited liability company ("Assignee"), the Note, without any right of recourse, and without any representation, covenant or warranty whatsoever except as specifically set forth in that certain Loan Purchase and Sale Agreement dated as of September 20, 2019 made by and between Lender and Assignee.

**U.S. REAL ESTATE CREDIT HOLDINGS III, LP,** an Irish limited partnership, acting by its General Partner, U.S. Real Estate Credit Holdings III GP Limited

By: **CALMWATER ASSET MANAGEMENT, LLC,**
a Delaware limited liability company,
its Investment Manager

By: _____
Name: _Dean Chang_
Title: _Authorized Signatory_

Dated this 24th day of September, 2019

**EXHIBIT "14"**

ATX000251