FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*
Dana DeBeauvoir, County Clerk
Travis County, Texas
Sep 25, 2019 01:03 PM    Fee: $38.00
**2019148483**
*Electronically Recorded*

RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

ATX LENDER 5, LLC
600 Travis, Suite 2800
Houston, Texas 77002
Attention: Paul Pruett, Esq.

*(Space above this line for Recorder's use)*

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST AND ASSIGNMENT OF LEASES AND RENTS

FOR VALUE RECEIVED, **U.S. REAL ESTATE CREDIT HOLDINGS III, LP**, an Irish limited partnership ("Assignor"), assigns, conveys, grants, sets over and transfers to **ATX LENDER 5, LLC**, a Texas limited liability company ("Assignee") all of Assignor's right, title and interest in, to and under or arising out of, and all obligations and liability in connection with, that certain deed of trust described on Exhibit A attached hereto and the other loan documents described on Exhibit A attached hereto ("Deed of Trust and Other Loan Documents");

TOGETHER WITH all of Assignor's right, title and interest in, to and under or arising out of, and all obligations and liability in connection with, all notes and mortgaged property described or referred to in the Deed of Trust and Other Loan Documents, all guarantees of the indebtedness secured by Deed of Trust and Other Loan Documents, all assumptions of the Deed of Trust and Other Loan Documents.

This Assignment of Mortgage/Deed of Trust and Assignment of Leases and Rents (this "Assignment") will be binding on and inure to the benefit of Assignor and Assignee and their respective successors and assigns.

[SIGNATURES APPEAR ON FOLLOWING PAGE(S)]

**EXHIBIT "15"**

ATX000252

IN WITNESS WHEREOF, the parties hereto have caused this Assignment to be executed as of the date set forth in the acknowledgements and to be effective as of the 24th day of September, 2019.

ASSIGNOR:

**U.S. REAL ESTATE CREDIT HOLDINGS III, LP,**
an Irish limited partnership, acting by its
General Partner, U.S. Real Estate Credit
Holdings III GP Limited

By: **CALMWATER ASSET MANAGEMENT, LLC,**
a Delaware limited liability company,
its Investment Manager

By: _____
Name: _Dean Chang_
Title: _Authorized Signatory_

ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

On _September 23, 2019_, before me, _David Charles Magruder_,
(insert name of notary)
Notary Public, personally appeared _Dean Chang_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

David Charles Magruder
COMM. #2219115
Notary Public - California
Los Angeles County
My Comm. Expires Oct. 21, 2021

ATX000253

19-11527-tmd Doc#27-17 Filed 11/15/19 Entered 11/15/19 16:06:15 Exhibit 15 - Assignment of Mortgage/Deed of Trust and Assignment of Leases and R Pg 3 of 4

2019148483 Page 3 of 4

ASSIGNEE:

**ATX LENDER 5, LLC,**
a Texas limited liability company

By: Wilson, Cribbs & Goren, P.C.,
     a Texas professional corporation,
     its Manager

     By: _____
     Name: Anthony Marre
     Title: Managing Shareholder

THE STATE OF TEXAS   §
                             §
COUNTY OF HARRIS   §

    This instrument was acknowledged before me on this 23rd day of September, by Anthony Marre, Managing Shareholder of Wilson, Cribbs & Goren, P.C., a Texas professional corporation, on behalf of and in its capacity as Manager of ATX LENDER 5, LLC, a Texas limited liability company, on behalf of said limited liability company.

DENISE M SHORT
Notary ID #3134637
My Commission Expires
February 2, 2023

_____
Notary Public in and for the State of Texas
Name printed: Denise M. Short
My Commission Expires: 02/02/23

*[Signature Page to Assignment of Mortgage/Deed of Trust and Assignment of Leases And Rents]*

ATX000254

19-11527-tmd Doc#27-17 Filed 11/15/19 Entered 11/15/19 16:06:15 Exhibit 15 - Assignment of Mortgage/Deed of Trust and Assignment of Leases and R Pg 4 of 4

2019148483 Page 4 of 4

**EXHIBIT A**
**TO ASSIGNMENT OF MORTGAGE/DEED OF TRUST AND**
**ASSIGNMENT OF LEASES AND RENTS**

1. Deed of Trust, Security Agreement and Financing Statement dated as of September 21, 2018, executed by 900 CESAR CHAVEZ, LLC, 905 CESAR CHAVEZ, LLC, 5TH AND RED RIVER, LLC and 7400 SOUTH CONGRESS, LLC, each a Delaware limited liability company (collectively, "Borrower"), as trustor, to Cyrus N. Ansari, Esq., as trustee, for the benefit of U.S. Real Estate Credit Holdings III-A, LP, an Irish limited partnership (the "Original Lender"), filed as Instrument No. 2018151772 in the Official Public Records of Travis County, Texas ("Official Records).

2. Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Original Lender, as secured party, filed with the Secretary of State of the State of Delaware under Initial Filing No. 2018 6624163.

3. Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Original Lender, as secured party, filed as Instrument No. 2018151899 in the Official Records.

4. Assignment of Leases and Rents (World Class – Austin Portfolio) dated as of September 21, 2018, executed by Borrower for the benefit of Original Lender, filed as Instrument No. 2018151773 in the Official Records.

5. The following loan assignment documents, each dated as of December 13, 2018, unless otherwise set forth below:

    a. Assignment of Deed of Trust, Security Agreement and Financing Statement from Original Lender, as assignor, to Assignor, as assignee thereunder, filed as Instrument No. 2018192494 in the Official Records on December 14, 2018;

    b. Assignment of Assignment of Leases from Original Lender, as assignor, to Assignor, as assignee thereunder, filed as Instrument No. 2018192493 in the Official Records on December 14, 2018;

    c. Uniform Commercial Code – National Financing Statement – Form UCC-3 (Amendment), showing Borrower, as debtor, and Assignor, as secured party, filed with the Secretary of State of the State of Delaware under Initial Filing No. 20188147933; and

    d. Uniform Commercial Code – National Financing Statement – UCC-3 (Amendment), showing Borrower, as debtor, and Assignor, as secured party, filed as Instrument No. 2018194163 in the Official Records.

[END OF EXHIBIT]

11-GF# 201902407 JPB
RETURN TO: HERITAGE TITLE
401 CONGRESS, SUITE 1500
AUSTIN, TEXAS 78701

ATX000255