Filed in The District Court of Travis County, Texas

NOV 01 2019 JG

At 3:47 P.M.

Velva L. Price, District Clerk

CAUSE NO. D-1-GN-19-007562

| | | |
|---|---|---|
| 900 CESAR CHAVEZ, LLC, 905 CESAR CHAVEZ, LLC, 5TH AND RED RIVER, LLC, AND 7400 SOUTH CONGRESS, LLC<br>*Plaintiffs*, | § § § § § | IN THE DISTRICT COURT |
| v. | § § | 345TH JUDICIAL DISTRICT OF |
| ATX LENDER 5, LLC,<br>*Defendant*, | § § § | TRAVIS COUNTY, TEXAS |

### ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER

On this day, the Court considered the request for a temporary restraining order contained in the *Emergency Application for Temporary Restraining Order and Injunction* (the "Application") filed by Plaintiffs 900 Cesar Chavez, LLC, 905 Cesar Chavez, LLC, 5th and Red River, LLC, and 7400 South Congress, LLC ("Plaintiffs"). After careful consideration of the Application, any timely responses thereto, all pleadings properly before the Court, the arguments of counsel, and all other matters properly before the Court, the Court is of the opinion that the Application should be, and hereby is, DENIED.

Therefore, IT IS ORDERED, that the Application is hereby DENIED.

SIGNED this 1st day of November, 2019.

TRAVIS COUNTY DISTRICT JUDGE

Dustin M. Howell

**EXHIBIT "17"**

Solo Page

81604614v.1

ATX000269