**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **900 Cesar Chavez, LLC** |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   8   3  –  1   7   8   1   5   0   0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **814 Lavaca Street** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Austin**           **TX**    **78701** | |
| City                State    ZIP Code | City             State    ZIP Code |
| **Travis** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **900 and 904 Cesar Chavez** |
| | Number    Street |
| | **Austin**           **TX**    **78701** |
| | City             State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

**EXHIBIT "18"**

ATX000270

Debtor  **900 Cesar Chavez, LLC** _____  Case number (if known) _____

**7.  Describe debtor's business**

    *A.  Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

    *B.  Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    *C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    __5__ __3__ __1__ __1__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11.  *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY
         District _____ When _____ Case number _____
                                MM / DD / YYYY
         District _____ When _____ Case number _____
                                MM / DD / YYYY

ATX000271

Debtor  **900 Cesar Chavez, LLC**                                    Case number (if known)

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor **\*See attached list.**                   Relationship **Affilate**

District **Western District of Texas, Austin Divisi**   When _____
MM / DD / YYYY

Case number, if known  _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known  _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number      Street

_____
City                                  State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

ATX000272

Debtor  **900 Cesar Chavez, LLC** _____  Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |
| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2019** _____
MM / DD / YYYY

X **/s/ Brian Elliott** _____  **Brian Elliott** _____
Signature of authorized representative of debtor   Printed name

Title **Corporate Counsel** _____

**18. Signature of attorney**

X **/s/ Morris D. Weiss** _____  Date **11/04/2019** _____
Signature of attorney for debtor   MM / DD / YYYY

**Morris D. Weiss** _____
Printed name

**Waller Lansden Dortch & Davis, LLP** _____
Firm name

**100 Congress Avenue, 18th Floor** _____
Number        Street

**Austin** _____  **TX** ____  **78701** ____
City   State   ZIP Code

**(512) 685-6400** _____  **morris.weiss@wallerlaw.com** ____
Contact phone   Email address

**21110850** _____  ____
Bar number   State

ATX000273

**List of Affiliated Entities Being Filed:**

| Debtor | Relationship | District | Date |
|---|---|---|---|
| 5th and Red River, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 7400 South Congress, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 900 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 905 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |

ATX000274

**Fill in this information to identify the case:**

Debtor name **900 Cesar Chavez, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Studio 8 Architects, Inc 611 W 15th St Austin, TX 78701 | | Services | | | | $5,080.13 |
| 2 | Travis County Tax Assessor Attn: Bruce Elfant 5501 Airport Blvd Austin, TX 78751 | | Taxes | | | | $0.00 |
| 3 | Texas Comptroller of Public Accounts Revenue Accounting Division - Bankruptcy P.O. Box 13528 Capitol Station | | Franchise Tax | | | | $0.00 |
| 4 | City of Austin P.O. Box 2267 Austin, TX 78783-2267 | | Utilities | | | | $0.00 |

ATX000275

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **900 Cesar Chavez, LLC**                                   CASE NO

                                                                                  CHAPTER     **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/4/2019                                   Signature  _/s/ Brian Elliott_
                                                                      *Brian Elliott*
                                                                      *Corporate Counsel*

Date _____          Signature _____

ATX000276

```
5th and Red River, LLC
814 Lavaca Street
Austin, TX 78701


7400 South Congress, LLC
814 Lavaca Street
Austin, TX 78701


905 Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701


ATX Lender 5, LLC
600 Travis, Suite 2800
Houston, TX 77002


City of Austin
P.O. Box 2267
Austin, TX 78783-2267


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Locke Lord LLP
Attn: Paul Pruett and Jonathan Pelayo
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

Locke Lord LLP
Attn: Kent Hoffman and Daniel Durell
600 Congress Ave., Ste. 2200
Austin, TX 78701


Studio 8 Architects, Inc
611 W 15th St
Austin, TX 78701
```

ATX000277

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Travis County Attorney's Office
Attention: County Attorney
P.O. Box 1748
Austin, TX 78767

Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751

U.S. Real Estate Credit Holdings III,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

U.S. Real Estate Credit Holdings III-A,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701

Westlake Industries, LLC
11500 Metric Blvd, Suite 285
Austin, TX 78758

World Class Capital Group, LLC
814 Lavaca St.
Austin, TX 78701

ATX000278

## UNANIMOUS WRITTEN CONSENT OF THE MANAGER
## OF 900 CESAR CHAVEZ, LLC

November 4, 2019

Pursuant to and in accordance with Section 18-404 of the Delaware Limited Liability Company Act (the "*Act*") and Section 14 of the Limited Liability Company Agreement of 900 Cesar Chavez, LLC (the "*Company*") dated September 19, 2018 (the "*Operating Agreement*")[1], the undersigned, constituting the sole Manager (the "*Manager*") of the Company, hereby take action, without holding a meeting, providing notice, or taking a vote, and consent to the adoption of the following resolutions as of the date first written above:

**WHEREAS**, the following resolutions are being adopted by the Manager in the name and on behalf of the Company, acting (i) in their own capacity, and (ii) as officers of the Company (such capacities being referred to herein as the "*Applicable Capacities*"); and

**WHEREAS**, Section 14 of the Operating Agreement provides that the business affairs of the Company shall be managed under the direction of the Manager in the ordinary course of business; and

**WHEREAS**, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that a petition (the "*Petition*") be filed seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "*Bankruptcy Code*") in which the authority to operate as a debtor-in-possession will be sought.

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the Manager finds that the execution, delivery, and filing of the Petition is necessary and convenient to the conduct, promotion, and attainment of the business and purpose of the Company and that the execution, delivery, and filing of the Petition, is reasonably expected to directly and indirectly benefit the Company and is in the best interest of the Company; and it is further

**RESOLVED**, that in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that the Petition be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in which the authority to operate as a debtor-in-possession will be sought, and the filing of the Petition is authorized hereby, and the Company shall initiate a case and proceedings; and it is further

**RESOLVED**, that the Manager, Brian Elliott as counsel to the Manager, and any duly elected and appointed officers of the Company (collectively, the "*Authorized Persons*" and each an "*Authorized Person*") be, and hereby are, authorized and directed, for and on behalf of the Company, to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Operating Agreement.

4822-1067-1275.3

1

[900 Cesar Chavez, LLC Resolutions]

ATX000279

the Western District of Texas, in their Applicable Capacities, and without necessity for joinder or consent of any other person, with such changes therein as such Authorized Person executing the same shall approve, such approval to be evidenced conclusively by his or her execution and delivery of the Petition; and it is further

RESOLVED, that the Authorized Persons, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "*Chapter 11 Case*") or the chapter 11 filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard) ; and it is further

RESOLVED, that the Authorized Persons of the Company, or any of them, are hereby authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Waller Lansden Dortch & Davis, LLP, as principal bankruptcy counsel; and to retain and employ other legal counsel or professionals which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case (together, the "*Restructuring Professionals*"); and it is further

RESOLVED, that the Authorized Persons of the Company are hereby authorized and directed to execute retention agreements, pay retainers, prior to, immediately upon and after the filing of the bankruptcy case, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals; and it is further

RESOLVED, that the Authorized Person is hereby authorized to give, make, sign, execute and deliver any agreements, letters, notices, certificates, acknowledgements, receipts, authorizations, instructions, releases, waivers, proxies, appointments of agents for service of process and other documents (whether of a like nature or not) (collectively, "*Ancillary Documents*") as may in the sole opinion and absolute discretion of any Authorized Person be considered necessary or desirable for the purpose of giving effect to, consummating, completing, or procuring the performance and completion of the transactions contemplated by the foregoing resolutions, and to do all such acts and things and to agree to all fees, as might in the sole opinion and absolute discretion of any Authorized Person be necessary or desirable for the purposes aforesaid; and it is further

4822-1067-1275.3

2

[900 Cesar Chavez, LLC Resolutions]

**RESOLVED**, the Ancillary Documents be in such form as any Authorized Person shall in such Authorized Person's absolute discretion and sole opinion approve, the signature of such Authorized Person on any of the Ancillary Documents being due evidence for all purposes of such Authorized Person's approval of the terms thereof on behalf of the Company; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or any member of the Company in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and it is further

**RESOLVED**, that any or all of the foregoing resolutions may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original instrument, and all of which shall together constitute one and the same instrument.

[SIGNATURES ON FOLLOWING PAGE]

4822-1067-1275.3

3

[900 Cesar Chavez, LLC Resolutions]

ATX000281

IN WITNESS WHEREOF, the undersigned have executed this Consent, effective as of the date first written above.

**MANAGER:**

WORLD CLASS HOLDINGS XI, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

ATX000282

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **905 Cesar Chavez, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _8_  _3_ – _1_  _7_  _9_  _9_  _9_  _1_  _2_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **814 Lavaca Street**<br>Number    Street | Number    Street |
| | P.O. Box |
| **Austin**          **TX**    **78701**<br>City                State    ZIP Code | City          State    ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business** |
| | **905 and 907 Cesar Chavez**<br>Number    Street |
| | **Austin**          **TX**    **78701**<br>City          State    ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

ATX000283

Debtor  **905 Cesar Chavez, LLC**                                    Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>  5  </u>  <u>  3  </u>  <u>  1  </u>  <u>  1  </u>

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

ATX000284

Debtor  **905 Cesar Chavez, LLC**_____  Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | List all cases. If more than 1, attach a separate list. | ☑ Yes. Debtor **\*See attached list.**_____ Relationship **Affilate**_____ |

District **Western District of Texas, Austin Divisi** When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in _this district?_** | _Check all that apply:_ |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number        Street

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | _Check one:_ |

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

ATX000285

Debtor  **905 Cesar Chavez, LLC** _____  Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 | | ☐ 1,000-5,000 | | ☐ 25,001-50,000 |
| | ☐ 50-99 | | ☐ 5,001-10,000 | | ☐ 50,001-100,000 |
| | ☐ 100-199 | | ☐ 10,001-25,000 | | ☐ More than 100,000 |
| | ☐ 200-999 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | | ☑ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | | ☐ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | | ☑ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

## ▌ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/04/2019** _____
MM / DD / YYYY

X  **/s/ Brian Elliott** _____  **Brian Elliott** _____
  Signature of authorized representative of debtor   Printed name

Title  **Corporate Counsel** _____

**18. Signature of attorney**

X  **/s/ Morris D. Weiss** _____  Date  **11/04/2019** _____
  Signature of attorney for debtor   MM / DD / YYYY

**Morris D. Weiss** _____
Printed name

**Waller Lansden Dortch & Davis, LLP** _____
Firm name

**100 Congress Avenue, 18th Floor** _____
Number          Street

_____

**Austin** _____  **TX**  **78701** _____
City   State   ZIP Code

**(512) 685-6400** _____  **morris.weiss@wallerlaw.com** _____
Contact phone   Email address

**21110850** _____
Bar number   State

ATX000286

**List of Affiliated Entities Being Filed:**

| Debtor | Relationship | District | Date |
|---|---|---|---|
| 5th and Red River, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 7400 South Congress, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 900 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 905 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |

031361-00001/4845-2829-5852.1

ATX000287

**Fill in this information to identify the case:**

Debtor name  **905 Cesar Chavez, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Studio 8 Architects, Inc 611 W 15th St Austin, TX 78701 | | Services | | | | $5,080.12 |
| 2  Travis County Tax Assessor Attn: Bruce Elfant 5501 Airport Blvd Austin, TX 78751 | | Taxes | | | | $0.00 |
| 3  Texas Comptroller of Public Accounts Revenue Accounting Division - Bankruptcy P.O. Box 13528 Capitol Station | | Franchise Tax | | | | $0.00 |
| 4  City of Austin P.O. Box 2267 Austin, TX 78783-2267 | | Utilities | | | | $0.00 |

ATX000288

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **905 Cesar Chavez, LLC**                          CASE NO

                                                          CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  11/4/2019                               Signature  **/s/ Brian Elliott**
                                                          **Brian Elliott**
                                                          **Corporate Counsel**


Date                                          Signature

ATX000289

```
5th and Red River, LLC
814 Lavaca Street
Austin, TX 78701



7400 South Congress, LLC
814 Lavaca Street
Austin, TX 78701



900 Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701



ATX Lender 5, LLC
600 Travis, Suite 2800
Houston, TX 77002



City of Austin
P.O. Box 2267
Austin, TX 78783-2267



Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346



Locke Lord LLP
Attn: Paul Pruett and Jonathan Pelayo
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

Locke Lord LLP
Attn: Kent Hoffman and Daniel Durell
600 Congress Ave., Ste. 2200
Austin, TX 78701



Studio 8 Architects, Inc
611 W 15th St
Austin, TX 78701
```

ATX000290

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Travis County Attorney's Office
Attention: County Attorney
P.O. Box 1748
Austin, TX 78767

Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751

U.S. Real Estate Credit Holdings III,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

U.S. Real Estate Credit Holdings III-A,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701

Westlake Industries, LLC
11500 Metric Blvd, Suite 285
Austin, TX 78758

World Class Capital Group, LLC
814 Lavaca St.
Austin, TX 78701

ATX000291

## UNANIMOUS WRITTEN CONSENT OF THE MANAGER
## OF 905 CESAR CHAVEZ, LLC

November 4, 2019

Pursuant to and in accordance with Section 18-404 of the Delaware Limited Liability Company Act (the "*Act*") and Section 14 of the Limited Liability Company Agreement of 905 Cesar Chavez, LLC (the "*Company*") dated September 19, 2018 (the "*Operating Agreement*")[1], the undersigned, constituting the sole Manager (the "*Manager*") of the Company, hereby take action, without holding a meeting, providing notice, or taking a vote, and consent to the adoption of the following resolutions as of the date first written above:

**WHEREAS**, the following resolutions are being adopted by the Manager in the name and on behalf of the Company, acting (i) in their own capacity, and (ii) as officers of the Company (such capacities being referred to herein as the "*Applicable Capacities*"); and

**WHEREAS**, Section 14 of the Operating Agreement provides that the business affairs of the Company shall be managed under the direction of the Manager in the ordinary course of business; and

**WHEREAS**, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that a petition (the "*Petition*") be filed seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "*Bankruptcy Code*") in which the authority to operate as a debtor-in-possession will be sought.

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the Manager finds that the execution, delivery, and filing of the Petition is necessary and convenient to the conduct, promotion, and attainment of the business and purpose of the Company and that the execution, delivery, and filing of the Petition, is reasonably expected to directly and indirectly benefit the Company and is in the best interest of the Company; and it is further

**RESOLVED**, that in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that the Petition be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in which the authority to operate as a debtor-in-possession will be sought, and the filing of the Petition is authorized hereby, and the Company shall initiate a case and proceedings; and it is further

**RESOLVED**, that the Manager, Brian Elliott as counsel to the Manager, and any duly elected and appointed officers of the Company (collectively, the "*Authorized Persons*" and each an "*Authorized Person*") be, and hereby are, authorized and directed, for and on behalf of the Company, to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Operating Agreement.
4813-9986-0395.3

1

[905 Cesar Chavez, LLC Resolutions]

the Western District of Texas, in their Applicable Capacities, and without necessity for joinder or consent of any other person, with such changes therein as such Authorized Person executing the same shall approve, such approval to be evidenced conclusively by his or her execution and delivery of the Petition; and it is further

**RESOLVED**, that the Authorized Persons, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "***Chapter 11 Case***") or the chapter 11 filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard) ; and it is further

**RESOLVED**, that the Authorized Persons of the Company, or any of them, are hereby authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Waller Lansden Dortch & Davis, LLP, as principal bankruptcy counsel; and to retain and employ other legal counsel or professionals which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case (together, the "***Restructuring Professionals***"); and it is further

**RESOLVED**, that the Authorized Persons of the Company are hereby authorized and directed to execute retention agreements, pay retainers, prior to, immediately upon and after the filing of the bankruptcy case, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to give, make, sign, execute and deliver any agreements, letters, notices, certificates, acknowledgements, receipts, authorizations, instructions, releases, waivers, proxies, appointments of agents for service of process and other documents (whether of a like nature or not) (collectively, "***Ancillary Documents***") as may in the sole opinion and absolute discretion of any Authorized Person be considered necessary or desirable for the purpose of giving effect to, consummating, completing, or procuring the performance and completion of the transactions contemplated by the foregoing resolutions, and to do all such acts and things and to agree to all fees, as might in the sole opinion and absolute discretion of any Authorized Person be necessary or desirable for the purposes aforesaid; and it is further

4813-9986-0395.3

2

[905 Cesar Chavez, LLC Resolutions]

**RESOLVED**, the Ancillary Documents be in such form as any Authorized Person shall in such Authorized Person's absolute discretion and sole opinion approve, the signature of such Authorized Person on any of the Ancillary Documents being due evidence for all purposes of such Authorized Person's approval of the terms thereof on behalf of the Company; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or any member of the Company in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and it is further

**RESOLVED**, that any or all of the foregoing resolutions may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original instrument, and all of which shall together constitute one and the same instrument.

[SIGNATURES ON FOLLOWING PAGE]

4813-9986-0395.3

[905 Cesar Chavez, LLC Resolutions]

ATX000294

IN WITNESS WHEREOF, the undersigned have executed this Consent, effective as of the date first written above.

MANAGER:

WORLD CLASS HOLDINGS XI, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

[905 Cesar Chavez, LLC Resolutions]

ATX000295

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **5th and Red River, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

  8  3  –  1  8  1  5  3  2  0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **814 Lavaca Street**<br>Number     Street | Number     Street |
| | P.O. Box |
| **Austin**          **TX**     **78701**<br>City          State     ZIP Code | City          State     ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business** |
| | **504 East 5th Street**<br>Number     Street |
| | **Austin**          **TX**     **78701**<br>City          State     ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

ATX000296

Debtor  **5th and Red River, LLC** _____    Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>  5  </u>   <u>  3  </u>   <u>  1  </u>   <u>  1  </u>

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.   *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____  When _____  Case number _____
                                                    MM / DD / YYYY
          District _____  When _____  Case number _____
                                                    MM / DD / YYYY
          District _____  When _____  Case number _____
                                                    MM / DD / YYYY

ATX000297

Debtor **5th and Red River, LLC**_____  Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **\*See attached list**_____  Relationship **Affilate**_____

District **Western District of Texas, Austin Divisi**  When _____

MM / DD / YYYY

Case number, if known  _____

Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known  _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

City                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

ATX000298

Debtor **5th and Red River, LLC**                                              Case number (if known) _____

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2019**
                     MM / DD / YYYY

X **/s/ Brian Elliott**                                    **Brian Elliott**
   Signature of authorized representative of debtor        Printed name

Title **Corporate Counsel**

**18. Signature of attorney**

X **/s/ Morris D. Weiss**                          Date **11/04/2019**
   Signature of attorney for debtor                     MM / DD / YYYY

**Morris D. Weiss**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**100 Congress Avenue, 18th Floor**
Number         Street

_____

**Austin**                          **TX**       **78701**
City                               State     ZIP Code

**(512) 685-6400**                  **morris.weiss@wallerlaw.com**
Contact phone                       Email address

**21110850**                        _____
Bar number                          State

ATX000299

**List of Affiliated Entities Being Filed:**

| Debtor | Relationship | District | Date |
|---|---|---|---|
| 5th and Red River, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 7400 South Congress, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 900 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 905 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |

031361-00001/4845-2829-5852.1

ATX000300

---

**Fill in this information to identify the case:**

Debtor name **5th and Red River, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Beckett Electrical Svcs, LLC P.O. Box 81381 Austin, TX 78708 | | Services | | | | $670.22 |
| 2 Travis County Tax Assessor Attn: Bruce Elfant 5501 Airport Blvd Austin, TX 78751 | | Taxes | | | | $0.00 |
| 3 Texas Comptroller of Public Accounts Revenue Accounting Division - Bankruptcy P.O. Box 13528 Capitol Station | | Franchise Tax | | | | $0.00 |
| 4 Hospitality Parking, LLC Attn: Mike Ayoub 222 West Ave., Suite 200 Austin, TX 78701 | | Contract/Lease | | | | $0.00 |
| 5 City of Austin P.O. Box 2267 Austin, TX 78783-2267 | | Utilities | | | | $0.00 |

ATX000301

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **5th and Red River, LLC**                                    CASE NO

                                                                      CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   11/4/2019                                     Signature   **/s/ Brian Elliott**
                                                                 **Brian Elliott**
                                                                 **Corporate Counsel**


Date _____          Signature _____

ATX000302

7400 South Congress, LLC
814 Lavaca Street
Austin, TX 78701


900 Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701


905 Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701


ATX Lender 5, LLC
600 Travis, Suite 2800
Houston, TX 77002


Beckett Electrical Svcs, LLC
P.O. Box 81381
Austin, TX 78708


City of Austin
P.O. Box 2267
Austin, TX 78783-2267


Hospitality Parking, LLC
Attn: Mike Ayoub
222 West Ave., Suite 200
Austin, TX 78701


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Locke Lord LLP
Attn: Paul Pruett and Jonathan Pelayo
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

ATX000303

Locke Lord LLP
Attn: Kent Hoffman and Daniel Durell
600 Congress Ave., Ste. 2200
Austin, TX 78701

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Travis County Attorney's Office
Attention: County Attorney
P.O. Box 1748
Austin, TX 78767

Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751

U.S. Real Estate Credit Holdings III,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

U.S. Real Estate Credit Holdings III-A,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025

United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701

Westlake Industries, LLC
11500 Metric Blvd, Suite 285
Austin, TX 78758

World Class Capital Group, LLC
814 Lavaca St.
Austin, TX 78701

## UNANIMOUS WRITTEN CONSENT OF THE MANAGER
## OF 5th AND RED RIVER, LLC

November 4, 2019

Pursuant to and in accordance with Section 18-404 of the Delaware Limited Liability Company Act (the "*Act*") and Section 14 of the Limited Liability Company Agreement of 5th and Red River, LLC (the "*Company*") dated September 19, 2018 (the "*Operating Agreement*") [1], the undersigned, constituting the sole Manager (the "*Manager*") of the Company, hereby take action, without holding a meeting, providing notice, or taking a vote, and consent to the adoption of the following resolutions as of the date first written above:

**WHEREAS**, the following resolutions are being adopted by the Manager in the name and on behalf of the Company, acting (i) in their own capacity, and (ii) as officers of the Company (such capacities being referred to herein as the "*Applicable Capacities*"); and

**WHEREAS**, Section 14 of the Operating Agreement provides that the business affairs of the Company shall be managed under the direction of the Manager in the ordinary course of business; and

**WHEREAS**, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that a petition (the "*Petition*") be filed seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "*Bankruptcy Code*") in which the authority to operate as a debtor-in-possession will be sought.

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the Manager finds that the execution, delivery, and filing of the Petition is necessary and convenient to the conduct, promotion, and attainment of the business and purpose of the Company and that the execution, delivery, and filing of the Petition, is reasonably expected to directly and indirectly benefit the Company and is in the best interest of the Company; and it is further

**RESOLVED**, that in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that the Petition be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in which the authority to operate as a debtor-in-possession will be sought, and the filing of the Petition is authorized hereby, and the Company shall initiate a case and proceedings; and it is further

**RESOLVED**, that the Manager, Brian Elliott as counsel to the Manager, and any duly elected and appointed officers of the Company (collectively, the "*Authorized Persons*" and each an "*Authorized Person*") be, and hereby are, authorized and directed, for and on behalf of the Company, to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Operating Agreement.
4833-9910-1611.3

1

[5th and Red River, LLC Resolutions]

ATX000305

the Western District of Texas, in their Applicable Capacities, and without necessity for joinder or consent of any other person, with such changes therein as such Authorized Person executing the same shall approve, such approval to be evidenced conclusively by his or her execution and delivery of the Petition; and it is further

**RESOLVED**, that the Authorized Persons, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "*Chapter 11 Case*") or the chapter 11 filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard) ; and it is further

**RESOLVED**, that the Authorized Persons of the Company, or any of them, are hereby authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Waller Lansden Dortch & Davis, LLP, as principal bankruptcy counsel; and to retain and employ other legal counsel or professionals which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case (together, the "*Restructuring Professionals*"); and it is further

**RESOLVED**, that the Authorized Persons of the Company are hereby authorized and directed to execute retention agreements, pay retainers, prior to, immediately upon and after the filing of the bankruptcy case, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to give, make, sign, execute and deliver any agreements, letters, notices, certificates, acknowledgements, receipts, authorizations, instructions, releases, waivers, proxies, appointments of agents for service of process and other documents (whether of a like nature or not) (collectively, "*Ancillary Documents*") as may in the sole opinion and absolute discretion of any Authorized Person be considered necessary or desirable for the purpose of giving effect to, consummating, completing, or procuring the performance and completion of the transactions contemplated by the foregoing resolutions, and to do all such acts and things and to agree to all fees, as might in the sole opinion and absolute discretion of any Authorized Person be necessary or desirable for the purposes aforesaid; and it is further

4833-9910-1611.3

[5th and Red River, LLC Resolutions]

ATX000306

**RESOLVED**, the Ancillary Documents be in such form as any Authorized Person shall in such Authorized Person's absolute discretion and sole opinion approve, the signature of such Authorized Person on any of the Ancillary Documents being due evidence for all purposes of such Authorized Person's approval of the terms thereof on behalf of the Company; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or any member of the Company in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and it is further

**RESOLVED**, that any or all of the foregoing resolutions may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original instrument, and all of which shall together constitute one and the same instrument.

[SIGNATURES ON FOLLOWING PAGE]

4833-9910-1611.3

[5th and Red River, LLC Resolutions]

ATX000307

IN WITNESS WHEREOF, the undersigned have executed this Consent, effective as of the date first written above.

**MANAGER:**

WORLD CLASS HOLDINGS XI, LLC,
a Delaware limited liability company

By: _____

Name: Natin Paul

Title: President

[5th and Red River, LLC Resolutions]

ATX000308

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter  __**11**__

☐ Check if this is an
amended filing

---

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 7400 South Congress, LLC |
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _8_ _3_ – _1_ _8_ _4_ _3_ _3_ _7_ _6_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **814 Lavaca Street** | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| **Austin**      **TX**    **78701** | |
| City      State    ZIP Code | City      State    ZIP Code |
| | |
| **Travis** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **7400 South Congress Avenue** |
| | Number    Street |
| | |
| | **Austin**      **TX**    **78745** |
| | City      State    ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

---

ATX000309

Debtor  **7400 South Congress, LLC** _____  Case number (if known) _____

**7.  Describe debtor's business**

A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

  __5__  __3__  __1__  __1__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
        District _____ When _____ Case number _____
                                      MM / DD / YYYY
        District _____ When _____ Case number _____
                                      MM / DD / YYYY

ATX000310

Debtor **7400 South Congress, LLC**_____ Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |

List all cases. If more than 1, attach a separate list.

☑ Yes. Debtor **\*See attached list.** Relationship **Affilate**

District **Western District of Texas, Austin Divisi** When _____ MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____ MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number       Street

_____

_____       ____ _____
City          State  ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

ATX000311

Debtor **7400 South Congress, LLC**        Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| --- | --- | --- | --- | --- |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2019**
MM / DD / YYYY

X **/s/ Brian Elliott**      **Brian Elliott**
Signature of authorized representative of debtor      Printed name

Title **Corporate Counsel**

18. **Signature of attorney**

X **/s/ Morris D. Weiss**      Date **11/04/2019**
Signature of attorney for debtor      MM / DD / YYYY

**Morris D. Weiss**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**100 Congress Avenue, 18th Floor**
Number      Street

**Austin**      **TX**      **78701**
City      State      ZIP Code

**(512) 685-6400**      **morris.weiss@wallerlaw.com**
Contact phone      Email address

**21110850**
Bar number      State

ATX000312

**List of Affiliated Entities Being Filed:**

| Debtor | Relationship | District | Date |
|---|---|---|---|
| 5th and Red River, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 7400 South Congress, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 900 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |
| 905 Cesar Chavez, LLC | Affiliate | Western Dist. of TX, Austin Division | 11/4/19 |

ATX000313

**Fill in this information to identify the case:**

Debtor name  **7400 South Congress, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Travis County Tax Assessor Attn: Bruce Elfant 5501 Airport Blvd Austin, TX 78751 | | Taxes | | | | $0.00 |
| 2 | Texas Comptroller of Public Accounts Revenue Accounting Division - Bankruptcy P.O. Box 13528 Capitol Station | | Franchise Tax | | | | $0.00 |
| 3 | City of Austin P.O. Box 2267 Austin, TX 78783-2267 | | Utilities | | | | $0.00 |

ATX000314

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **7400 South Congress, LLC**                                CASE NO

                                                                       CHAPTER     **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  11/4/2019                                    Signature   **/s/ Brian Elliott**
                                                              **Brian Elliott**
                                                              **Corporate Counsel**


Date _____                   Signature _____


ATX000315

```
5th and Red River, LLC
814 Lavaca Street
Austin, TX 78701



900 Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701



905 Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701



ATX Lender 5, LLC
600 Travis, Suite 2800
Houston, TX 77002



Capital Title of Texas
6850 Austin Center Blvd
Suite 127
Austin, TX 78731



City of Austin
P.O. Box 2267
Austin, TX 78783-2267



Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346



Locke Lord LLP
Attn: Paul Pruett and Jonathan Pelayo
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

Locke Lord LLP
Attn: Kent Hoffman and Daniel Durell
600 Congress Ave., Ste. 2200
Austin, TX 78701
```

ATX000316

Rastegar Property Company, LLC
1705 S. Capital of Texas Hwy
Suite 320
Austin, TX 78746


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


Travis County Attorney's Office
Attention: County Attorney
P.O. Box 1748
Austin, TX 78767


Travis County Tax Assessor
Attn: Bruce Elfant
5501 Airport Blvd
Austin, TX 78751


U.S. Real Estate Credit Holdings III,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025


U.S. Real Estate Credit Holdings III-A,
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025


United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701


Westlake Industries, LLC
11500 Metric Blvd, Suite 285
Austin, TX 78758


World Class Capital Group, LLC
814 Lavaca St.
Austin, TX 78701

ATX000317

## UNANIMOUS WRITTEN CONSENT OF THE MANAGER
## OF 7400 SOUTH CONGRESS, LLC

November 4, 2019

Pursuant to and in accordance with Section 18-404 of the Delaware Limited Liability Company Act (the "*Act*") and Section 14 of the Limited Liability Company Agreement of 7400 South Congress, LLC (the "*Company*") dated September 19, 2018 (the "*Operating Agreement*") [1], the undersigned, constituting the sole Manager (the "*Manager*") of the Company, hereby take action, without holding a meeting, providing notice, or taking a vote, and consent to the adoption of the following resolutions as of the date first written above:

**WHEREAS**, the following resolutions are being adopted by the Manager in the name and on behalf of the Company, acting (i) in their own capacity, and (ii) as officers of the Company (such capacities being referred to herein as the "*Applicable Capacities*"); and

**WHEREAS**, Section 14 of the Operating Agreement provides that the business affairs of the Company shall be managed under the direction of the Manager in the ordinary course of business; and

**WHEREAS**, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that a petition (the "*Petition*") be filed seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "*Bankruptcy Code*") in which the authority to operate as a debtor-in-possession will be sought.

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the Manager finds that the execution, delivery, and filing of the Petition is necessary and convenient to the conduct, promotion, and attainment of the business and purpose of the Company and that the execution, delivery, and filing of the Petition, is reasonably expected to directly and indirectly benefit the Company and is in the best interest of the Company; and it is further

**RESOLVED**, that in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that the Petition be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in which the authority to operate as a debtor-in-possession will be sought, and the filing of the Petition is authorized hereby, and the Company shall initiate a case and proceedings; and it is further

**RESOLVED**, that the Manager, Brian Elliott as counsel to the Manager, and any duly elected and appointed officers of the Company (collectively, the "*Authorized Persons*" and each an "*Authorized Person*") be, and hereby are, authorized and directed, for and on behalf of the Company, to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Operating Agreement.
4824-2484-3435.3

1

[7400 South Congress, LLC Resolutions]

ATX000318

the Western District of Texas, in their Applicable Capacities, and without necessity for joinder or consent of any other person, with such changes therein as such Authorized Person executing the same shall approve, such approval to be evidenced conclusively by his or her execution and delivery of the Petition; and it is further

**RESOLVED**, that the Authorized Persons, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "*Chapter 11 Case*") or the chapter 11 filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard) ; and it is further

**RESOLVED**, that the Authorized Persons of the Company, or any of them, are hereby authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Waller Lansden Dortch & Davis, LLP, as principal bankruptcy counsel; and to retain and employ other legal counsel or professionals which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case (together, the "*Restructuring Professionals*"); and it is further

**RESOLVED**, that the Authorized Persons of the Company are hereby authorized and directed to execute retention agreements, pay retainers, prior to, immediately upon and after the filing of the bankruptcy case, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to give, make, sign, execute and deliver any agreements, letters, notices, certificates, acknowledgements, receipts, authorizations, instructions, releases, waivers, proxies, appointments of agents for service of process and other documents (whether of a like nature or not) (collectively, "*Ancillary Documents*") as may in the sole opinion and absolute discretion of any Authorized Person be considered necessary or desirable for the purpose of giving effect to, consummating, completing, or procuring the performance and completion of the transactions contemplated by the foregoing resolutions, and to do all such acts and things and to agree to all fees, as might in the sole opinion and absolute discretion of any Authorized Person be necessary or desirable for the purposes aforesaid; and it is further

4824-2484-3435.3

2

[7400 South Congress, LLC Resolutions]

**RESOLVED**, the Ancillary Documents be in such form as any Authorized Person shall in such Authorized Person's absolute discretion and sole opinion approve, the signature of such Authorized Person on any of the Ancillary Documents being due evidence for all purposes of such Authorized Person's approval of the terms thereof on behalf of the Company; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or any member of the Company in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and it is further

**RESOLVED**, that any or all of the foregoing resolutions may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original instrument, and all of which shall together constitute one and the same instrument.

[SIGNATURES ON FOLLOWING PAGE]

4824-2484-3435.3

[7400 South Congress, LLC Resolutions]

ATX000320

IN WITNESS WHEREOF, the undersigned have executed this Consent, effective as of the date first written above.

MANAGER:


WORLD CLASS HOLDINGS XI, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President