# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **900 Cesar Chavez, LLC,** | § | Case No. 19-11527-tmd |
| | § | |
| **905 Cesar Chavez, LLC,** | § | Case No. 19-11528-tmd |
| | § | |
| **5th and Red River, LLC,** | § | Case No. 19-11529-tmd |
| | § | |
| **7400 South Congress, LLC,** | § | Case No. 19-11530-tmd |
| | § | |
| **Debtors.** | § | (*Jointly Administered Under* |
| | § | *Case No. 19-11527-tmd*) |

## EXHIBIT AND WITNESS LIST OF ATX LENDER 5, LLC IN CONNECTION WITH MAY 26, 2020 HEARING AND STATUS CONFERENCE

| | **EXHIBIT LIST** | | | |
|---|---|---|---|---|
| **Exhibits** | **DESCRIPTION** | **Offered** | **Objection** | **Admitted** |
| 1 | *Debtors' Joint Amended Chapter 11 Plan of Reorganization,* dated March 16, 2020 [D.I. 163] | X | | |
| 2 | *Debtors' Amended Disclosure Statement for Debtors' Plan of Reorganization*, dated March 16, 2020 [D.I. 164] | X | | |
| 3 | *Debtors' Joint Second Amended Chapter 11 Plan of Reorganization*, dated April 24, 2020 [D.I. 212] | X | | |
| 4 | *Debtors' Second Amended Disclosure Statement for Debtors' Plan of Reorganization,* dated April 24, 2020 [D.I. 213] | X | | |
| 5 | Excerpts from the January 7, 2020 *Deposition of Natin Paul*, as Corporate Representative of the Debtors | X | | |
| 6 | May 16, 2019, *Commercial Contract—Improved Property*, between 7400 South Congress, LLC and Rastegar Property Company, LLC | X | | |
| 7 | *Transcript* from January 13, 2020 Lift-Stay Hearing | X | | |
| 8 | *Wire Notification* from Industry Fund Technologies, LLC to Capital Title of Texas, LLC ("CTT") | X | | |
| 9 | *Wire Notification*, from CTT to World Class Capital Group, LLC | X | | |
| 10 | May 14, 2020 Email from Jonathan Pelayo to David Eastlake | X | | |
| 11 | May 18, 2020 Email from Jonathan Pelayo to David Eastlake | X | | |
| 12 | May 7, 2020 Email from Jonathan Pelayo to David Eastlake, attaching RPC 7400 South Congress, LLC Deposition Notice | | | |
| | Any exhibits listed, designated, or offered by any other party. | X | | |
| | Any exhibits necessary for rebuttal. | X | | |

## WITNESS LIST

ATX Lender 5, LLC ("Secured Lender") *may* call the following witnesses:

1. Any witness listed, offered, or called by any other party.

2. Any witness required for rebuttal or impeachment.

Secured Lender reserves the right to modify, amend or supplement this Exhibit and Witness List at any time. Designation of any exhibit above does not waive any objections Secured Lender may have to any exhibit listed on any other party's exhibit list.

Dated: May 21, 2020.  Respectfully submitted,

By: */s/ W. Steven Bryant*
W. Steven Bryant
Texas Bar No. 24027413
Federal I.D. No. 32913
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
Phone: (512) 305-4726
Fax: (512) 305 4800
Email address: sbryant@lockelord.com
-and-
C. Davin Boldissar (La. #29094)
*(admitted pro hac vice)*
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 681-5211
Email address: dboldissar@lockelord.com
-and-
Jonathan Pelayo
*(admitted pro hac vice)*
Texas Bar. No. 24060402
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717
Email Address: jpelayo@lockelord.com

**COUNSEL FOR ATX LENDER 5, LLC**

**CERTIFICATE OF SERVICE**

   I certify that, on May 21, 2020, a true and correct copy of the foregoing was served via ECF on all parties who receive service in these Bankruptcy Cases via electronic case filing and on May 22, 2020 by regular United States mail, postage prepaid, on those parties on the attached Service List who do not receive electronic filing.

                   */s/ W. Steven Bryant*
                   W. Steven Bryant