IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 900 Cesar Chavez, LLC, | § | Case No. 19-11527-tmd |
| | § | |
| 905 Cesar Chavez, LLC, | § | Case No. 19-11528-tmd |
| | § | |
| 5th and Red River, LLC, | § | Case No. 19-11529-tmd |
| | § | |
| 7400 South Congress, LLC, | § | Case No. 19-11530-tmd |
| | § | |
| Debtors. | § | *(Jointly Administered Under* |
| | § | *Case No. 19-11527-tmd)* |

## EVIDENCE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

TO: The United States Bankruptcy Court for the Western District of Texas
(the "**Bankruptcy Court**")

Attn: Clerk of Court

AND TO: STUDIO 8 ARCHITECTS, INC.
900 CESAR CHAVEZ, LLC & 905 CESAR CHAVEZ, LLC ("**Debtors**")
Case Nos. 19-11527, 19-11528 (the "**Cases**")

Amount of Claim Transferred: $10,160.25
Seller Phone: (512) 473-8989

STUDIO 8 ARCHITECTS, INC., its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred, and assigned unto:

> ATX LENDER 5, LLC,
> Attention: Hunter Sage,
> 200 Park Place,
> 4200 Westheimer, Suite 900,
> Houston, TX 77027
> Telephone: (713) 808-1165
> Email: hsage@stonelake.com

and its successors and assigns ("**Buyer**"), all right, title and interest in and to any claims (the "**Claims**") (including without limitation any "claims" as defined in Section 101(5) of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**") of the Seller against the Debtors,

2

whether in the Cases in the Bankruptcy Court or in any other court with jurisdiction over the Debtors, as well as all associated liens, pledges, options, subordinations, setoffs, rights of recoupment, security interests, participations, hypothecations, or encumbrances of any type or kind securing such Claims.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer at the address for the Buyer set forth above.

IN WITNESS WHEREOF, the undersigned has duly executed this **Evidence of Transfer of Claims Other Than For Security** by its duly authorized representative dated as set forth below, which representative declares under penalty of perjury under 28 U.S.C. § 1746 that the information contained herein is true and correct to the best of his/her/its knowledge and belief.

| STUDIO 8 ARCHITECTS, INC. | ATX LENDER 5, LLC |
|---|---|
| By: *[signature]* <br> Name: ROBERT BYRNES <br> Title: PRINCIPAL <br> Date: 04, 02, 2021 | By: *[signature]* <br> Name: John A. Kiltz <br> Title: Vice President <br> Date: |

3

91567109v.1